Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
|_____| ) |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. _____

**NOTICE OF REMOVAL OF ACTION**

**TO UNITED STATES DISTRICT COURT**

Pursuant to the requirements of 28 U.S.C. § 1441, defendant the Municipality of Anchorage, through counsel, the Municipal Attorney's Office, provides notice of removal of an action from District Court, Third Judicial District, State of Alaska, to the United States District Court, District of Alaska.  This removal is based on the following grounds:

1. Plaintiff filed a civil action entitled *Michelle V. Minor, v. La Mex, Inc., La Mexicana, Inc., Trina M. Johnson, Renee Abelcop, and Municipality of Anchorage,* Case No. 3AN-06-6602 Civil in State District Court, Third Judicial District, State of Alaska on March 31, 2006. The Plaintiff served the Municipality of Anchorage with the Complaint and Summons on April 3, 2006. A copy of the Complaint is attached hereto as Exhibit A. A copy of the Summons and Notice of Judicial Assignment is attached as Exhibit B.

2. The Federal District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because the Complaint alleges a violation of 42 U.S.C. §1983. Federal question jurisdiction is available to entertain claims arising under the Constitution and laws of the United States. See 28 U.S.C. § 1331.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b). The Complaint, together with the summons, was served on the Municipality on April 3, 2006. Less than thirty (30) days has therefore elapsed since the receipt of the Complaint and notice of the federal claims.

4. Written notice of filing this Notice of Removal will be filed with the Clerk of the Trial Courts, State of Alaska, Third Judicial District at Anchorage, along with a copy of this Notice of Removal. Written notice of the filing of the Notice of Removal will also be simultaneously served on the adverse parties.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by defendant the Municipality are filed with this court.

6.  By filing and serving this Notice of Removal, the Municipality does not waive, and hereby expressly reserves, all rights, defenses, and objections, including, but not limited to, the right to seek dismissal of the instant complaint, including dismissal based on insufficient process.

The Municipality respectfully requests that the above-entitled action be removed from the State of Alaska District Court, Third Judicial District, to the United States District Court for the District of Alaska.

Respectfully submitted this 2nd day of May, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

By: s/ Mary B. Pinkel
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org
    Alaska Bar No. 8505030

The undersigned hereby certifies that on 5/2/06 a true and correct copy of the *Notice of Removal of Action to United States District Court* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office