Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. _____

**NOTICE TO STATE COURT CLERK OF**

**FILING OF NOTICE OF REMOVAL**

To:   Clerk of Trial Courts
      Third Judicial District, State of Alaska

Pursuant to 28 U.S.C. § 1446, a copy of the Notice for Removal and Notice to Adverse Parties of Filing of Notice Removal of the above-captioned action is hereby filed with the Clerk of Trial Courts, Third Judicial District for the State of Alaska.

Respectfully submitted this 2nd day of May, 2006.

        FREDERICK H. BONESS
        MUNICIPAL ATTORNEY

By:  s/ Mary B. Pinkel
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 8505030

The undersigned hereby certifies that on 05/02/06 a true and correct copy of the *Notice to State Court Clerk of Filing of Notice of Removal* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office