Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
|_____) | |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. _____

**NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL**

To:   Michelle V. Minor
      c/o Attorney Kenneth Jacobus
      310 K Street, Suite 200
      Anchorage, Alaska 99501

To:   La Mex, Inc.  La Mexicana Restaurant,
      Trina M. Johnson, and Renee Abelcop
      c/o Attorney Kenneth Gutsch

Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

Please take notice that defendant, Municipality of Anchorage, filed a notice of removal of this action in the United States District Court for the District of Alaska. A copy of the notice of removal has been filed with the Clerk of the Trial Courts, Third Judicial District, State of Alaska. A copy of the notice of removal is attached hereto.

Respectfully submitted this 2nd day of May, 2006.

By: s/ Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 8505030

The undersigned hereby certifies that on 05/02/06 a true and correct copy of the *Notice to Adverse Parties of Filing of Notice of Removal* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office