Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. _____

## NOTICE OF FILING STATE COURT PLEADINGS SERVED UPON DEFENDANT THE MUNICIPALITY

Defendant the Municipality of Anchorage ("the Municipality"), by and through counsel of record, hereby gives notice to the Court that defendant has filed herein copies of all pleadings which have been served upon defendant the Municipality of Anchorage in the State Court matter of *Michelle V. Minor v. La Mex, Inc., La Mexicana, Inc., Trina M. Johnson, Renee Abelcop, and Municipality of Anchorage*, which case is the subject of

defendants' Notice for Removal filed simultaneously herewith. A copy of each State Court document served upon the Municipality is attached hereto. The date each document was filed or issued in the State Superior Court is as follows:

| | | |
|---|---|---|
| 1 | 3/31/06 | Complaint (served 4/3/06) |
| 2 | 3/31/06 | Summons and Notice of Judicial Assignment (served 4/3/06) |
| 3 | 4/12/06 | Entry of Appearance by Municipality |
| 4 | 4/12/06 | Stipulation for Extension of Time and Order |
| 5 | 4/18/06 | Order Granting Extension of Time |
| 6 | 4/25/06 | Entry of Appearance by LaMex |
| 7 | 4/25/06 | Demand for Trial by Jury by LaMex |

Respectfully submitted this 2nd day of May, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

By:   s/ Mary B. Pinkel
   Municipal Attorney's Office
   P.O. Box 196650
   Anchorage, Alaska 99519-6650
   Phone: (907) 343-4545
   Fax: (907) 343-4550
   E-mail: uslit@muni.org
   Alaska Bar No. 8505030

The undersigned hereby certifies that on 5/02/06 a true and correct copy of the *Notice of Filing State Pleadings Served Upon Defendant the Municipality* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office