IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| MICHELLE V. MINOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LA MEX, INC., LA MEXICANA, INC., )<br>TRINA M. JOHNSON, RENEE ABELCOP, )<br>and MUNCIPALITY OF ANCHORAGE, )<br>)<br>Defendants. )<br>_____) | Case No. 3AN-06-6602 CI |

### ENTRY OF APPEARANCE

Defendant the Municipality of Anchorage ("Municipality"), through the Municipal Attorney's Office, hereby Mary B. Pinkel, hereby enters its appearance as counsel of record for defendant Municipality of Anchorage, and requests that all future correspondence and documents pertaining to this action be forwarded by mail to Mary B. Pinkel at the Department of Law, Municipality of Anchorage, P.O. Box 196650, Anchorage, Alaska 99519-6650.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

DATED this 12th day of April, 2006.

            FREDERICK H. BONESS
            MUNICIPAL ATTORNEY

            /s/ Mary B. Pinkel
            Mary B. Pinkel
            Assistant Municipal Attorney
            AK Bar No. 8505030

Certificate of Service
I hereby certify that I mailed a true and correct copy of the foregoing on the 12th day of April, 2006 to:
  Kenneth P. Jacobus

/s/ Sheri Curro
Sheri Curro

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Entry of Appearance
Case No. 3AN-06-6602 CI
Page 2 of 2