RECEIVED
MUNICIPAL ATTORNEY
06 APR 26 AM 9:50

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHELLE V. MINOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LA MEX, INC., LA MEXICANA, INC., ) | |
| TRINA M. JOHNSON, RENEE ABELCOP, ) | |
| and MUNCIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3AN-06-6602 CI |

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time for filing an answer in the above-captioned matter shall be extended for a period of 9 days. Defendant, the Municipality of Anchorage ("the Municipality"), shall file an answer on or before May 3, 2006.

Dated 4/12/06

By: _____
Kenneth Jacobus
Attorney for Plaintiff
Bar No. 6911036

FREDERICK H. BONESS
Municipal Attorney

Dated 4/12/06

By _____
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar No. 8505030
Assistant Municipal Attorney
AK Bar No. 8505030

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

## ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the time for defendant The Municipality of Anchorage to file an answer in this matter is extended to May 3, 2006.

Dated this 18th day of April, 2006.

_____
The Honorable Patrick J. Hanley
Judge of the District Court

APR 13 2006

Certificate of Service
I hereby certify that I mailed a true and correct copy of the foregoing on the 13th day of April, 2006 to:
  Kenneth P. Jacobus

_____
Sheri Curro

4-24-06
...mailed to ... of the following
...es of record: Jacobus, MA

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stipulation and Order for Extension of Time to File Answer
Case No. 3AN-06-6602 CI
Page 2 of 2