IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHELLE V. MINOR,                          )
                                            )
       Plaintiff,                           )
                                            )
v.                                          )
                                            )
LA MEX, INC., LA MEXICANA,                  )
INC., TRINA M. JOHNSON, RENEE               )
ABELCOP, and MUNICIPALITY OF                )
ANCHORAGE,                                  )  Case No. 3AN-06-6602 CI
                                            )
       Defendants.                          )
                                            )

### ENTRY OF APPEARANCE

COME NOW RICHMOND & QUINN and enter their appearance as attorneys of record on behalf of defendants, LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP, and request that all future pleadings and documents in the above cause be served upon them at their office address of 360 "K" Street, Suite 200, Anchorage, Alaska 99501.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 25th day of April, 2006, at Anchorage, Alaska.

                                                RICHMOND & QUINN
                                                Attorneys for Defendants
                                                LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP

By: /s/ Kenneth M. Gutsch
Kenneth M. Gutsch
Alaska Bar No. 8811186

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 25th day of April, 2006 on:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

/s/
RICHMOND & QUINN

108\534\Pld\Entry of Appearance

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

ENTRY OF APPEARANCE
Minor v. La Mex, etc., et al., Case No. 3AN-06-6602 CI
Page 2