IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHELLE V. MINOR, )
                Plaintiff, )
  v. )
LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, RENEE ABELCOP, and MUNICIPALITY OF ANCHORAGE, )
                Defendants. )

Case No. 3AN-06-6602 CI

### DEMAND FOR TRIAL BY JURY

COME NOW defendants, LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP, by and through counsel, RICHMOND & QUINN, and hereby demand a trial by jury in this action regarding each issue so triable.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 26th day of April, 2006, at Anchorage, Alaska.

            RICHMOND & QUINN
            Attorneys for Defendants
            LA MEX, INC., LA MEXICANA,
            INC., TRINA M. JOHNSON, and
            RENEE ABELCOP

         By: _____
            Kenneth M. Gutsch
            Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 25th day of April, 2006 on:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

_____
RICHMOND & QUINN

108\534\Pld\Demand for Trial by Jury

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953