**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's losses, if any, resulted from plaintiff's own conduct in ordering the services listed on the menu, and failing to pay for those services in full.

WHEREFORE, having answered plaintiff's complaint, defendant prays:

1. That plaintiff's claims be dismissed with prejudice;

2. That defendants be awarded their actual costs and attorney's fees incurred in defending this action.

DATED this 12th day of May, 2006, at Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Defendants
>LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP
>
>By: _____
>s/Kenneth M. Gutsch
>Richmond & Quinn, PC
>360 "K" Street, Suite 200
>Anchorage, Alaska 99501
>PH: (907) 276-5727
>FAX: (907) 276-2953
>kgutsch@richmondquinn.com
>Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 12th day of May, 2006 on:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

Mary Pinkel, Esq.
Municipality of Anchorage
Division of Law
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

_____
s/Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

108\534\Pld\Answer