Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:06-cv-00101-TMB

### NOTICE TO COURT OF COMPLIANCE WITH ORDER
### SUBSEQUENT TO REMOVAL

In its order dated May 4, 2006, the court ordered the Municipality of Anchorage ("the Municipality"), the petitioner in the removal action, to file with the court copies of all records and proceedings in State court. In addition, the court ordered that the Municipality file a list of each document filed in the Superior Court, with dates of filings.

The court further ordered that the Municipality file a complete service list of all parties, including counsel of record, with addresses and telephone numbers.

The Municipality, through its counsel, hereby files with the court the remaining state court documents not previously provided;[1] a complete list of documents from state court, along with the dates those documents were filed; and a complete service list of all parties, including counsel of record, along with addresses and telephone numbers.

Respectfully submitted this 15th day of May, 2006.

      FREDERICK H. BONESS
      MUNICIPAL ATTORNEY

      By:  s/ Mary B. Pinkel
      Municipal Attorney's Office
      P.O. Box 196650
      Anchorage, Alaska 99519-6650
      Phone: (907) 343-4545
      Fax: (907) 343-4550
      E-mail: uslit@muni.org
      Alaska Bar No. 8505030

---

[1] For the court's information, the Municipality did not previously provide to the court the following documents, as those documents had not been served on the Municipality: Demand for Jury Trial filed by Plaintiff (3/31/06); Stipulation for Extension of Time to File Answer (4/28/06); and Order from Court Granting Extension of Time to file Answer (5/3/06). Those documents are being provided today.

The undersigned hereby certifies that on 05/15/06 a true and correct copy of the *Notice to Court of Compliance With Order Subsequent to Removal* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex et al.

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office