Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:06-cv-00101-TMB

**LIST OF STATE COURT DOCUMENTS AND DATES OF FILING**

Defendant, the Municipality of Anchorage ("the Municipality"), by and through counsel of record, hereby lists the documents which were filed in state court in regard to *Michelle V. Minor v. La Mex, Inc., La Mexicana, Inc., Trina M. Johnson, Renee Abelcop, and Municipality of Anchorage:*

| | | |
|---|---|---|
| 1 | 3/31/06 | Complaint (served 4/3/06) |
| 2 | 3/31/06 | Summons and Notice of Judicial Assignment (served 4/3/06) |
| 3 | 3/31/06 | Demand for Jury Trial by Minor * |
| 3 | 4/12/06 | Entry of Appearance by Municipality |
| 4 | 4/12/06 | Stipulation for Extension of Time and Order |
| 5 | 4/18/06 | Order Granting Extension of Time |
| 6 | 4/25/06 | Entry of Appearance by LaMex |
| 7 | 4/25/06 | Demand for Trial by Jury by LaMex |
| 8 | 4/28/06 | Stipulation for Extension of Time * |
| 9 | 5/3/06 | Order Granting Stipulation for Extension of Time * |

*The Municipality provides these documents to the court today. The Municipality provided the other documents to the court when it removed the action on May 2, 2006.

Respectfully submitted this 15th day of May, 2006.

               FREDERICK H. BONESS
               MUNICIPAL ATTORNEY

             By: s/ Mary B. Pinkel
               Municipal Attorney's Office
               P.O. Box 196650
               Anchorage, Alaska 99519-6650
               Phone: (907) 343-4545
               Fax: (907) 343-4550
               E-mail: uslit@muni.org
               Alaska Bar No. 8505030

The undersigned hereby certifies that on 5/02/06 a true and correct copy of the *List of State Court Documents and Dates of Filing* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office