IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHELLE V. MINOR,                         )
                                           )
                Plaintiff,     )
                                           )
vs.                                        )
                                           )
LA MEX, INC., LA MEXICANA, INC.,           )
TRINA M. JOHNSON, RENEE ABELCOP, and       )
MUNICIPALITY OF ANCHORAGE,                 )
                                           )
                Defendants.    )
_____) Case No. 3AN-06-06602 CI

**DEMAND FOR JURY TRIAL**

Michelle V. Minor, plaintiff, demands a jury trial in this case on all issues so triable.

DATED this 31st day of March, 2006.

        KENNETH P. JACOBUS, P.C.
        Attorney for Michelle V. Minor

        By _____
           Kenneth P. Jacobus
           ABA No. 6911036

LAW OFFICES OF
KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333