IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| Plaintiff, | ) |
| v. | ) |
| LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, RENEE ABELCOP, and MUNICIPALITY OF ANCHORAGE, | ) Case No. 3AN-06-6602 CI |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate that defendants LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP shall have through and including May 11, 2006, within which to file and serve their answer to plaintiff's complaint.

DATED: _____                LAW OFFICE OF KENNETH P. JACOBUS

                                  _____
                                  Kenneth P. Jacobus
                                  Attorney for Plaintiff
                                  MICHELLE V. MINOR

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED: 4-27-06

RICHMOND & QUINN

_____
Kenneth M. Gutsch
Attorneys for Defendants
LA MEX, INC., LA MEXICANA,
INC., TRINA M. JOHNSON, and
RENEE ABELCOP

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR EXTENSION OF TIME
Minor v. La Mex, etc., et al., Case No. 3AN-06-6602 CI
Page 2