IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHELLE V. MINOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LA MEX, INC., LA MEXICANA, ) <br> INC., TRINA M. JOHNSON, RENEE ) <br> ABELCOP, and MUNICIPALITY OF ) <br> ANCHORAGE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3AN-06-6602 CI |

### STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate that defendants LA MEX, INC., LA MEXICANA, INC., TRINA M. JOHNSON, and RENEE ABELCOP shall have through and including May 11, 2006, within which to file and serve their answer to plaintiff's complaint.

DATED: 4.28.06

LAW OFFICE OF KENNETH P. JACOBUS

Kenneth P. Jacobus
Attorney for Plaintiff
MICHELLE V. MINOR

So ordered.

Pat [Hunley]
Dist Ct Judge
5/3/06

DATED: 4-27-06            RICHMOND & QUINN

_____
Kenneth M. Gutsch
Attorneys for Defendants
LA MEX, INC., LA MEXICANA,
INC., TRINA M. JOHNSON, and
RENEE ABELCOP

5.4.06

... mailed to each of the following
... atos of records Jacobus, Pinkel, Gutsch

_____

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR EXTENSION OF TIME
Minor v. La Mex, etc., et al., Case No. 3AN-06-6602 CI
Page 2