Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:06-cv-00101-TMB

## SERVICE LIST OF ALL PARTIES AND THEIR COUNSEL

1.  Municipality of Anchorage

    Mary B. Pinkel
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    (907) 343-4349

2. Michelle V. Minor

>Kenneth Jacobus
>310 K Street, Suite 200
>Anchorage, Alaska 99501
>(907) 277-3333

3. La Mex, Inc. La Mexicana Restaurant,
   Trina M. Johnson, and Renee Abelcop

>Kenneth Gutsch
>Richmond & Quinn
>360 K Street, Suite 200
>Anchorage, AK 99501
>(907) 276-5727

Respectfully submitted this 15th day of May, 2006.

By: s/ Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 8505030

The undersigned hereby certifies that on 05/15/06 a true and correct copy of the *Service List of All Parties and Their Counsel.*
was served on:
- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office