Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:06-cv-00101-TMB

### JOINT SCHEDULING AND PLANNING CONFERENCE REPORT

Pursuant to the Court's Order, and by and through the Municipal Attorney, counsel for the defendant the Municipality of Anchorage ("the Municipality"), the parties file the following joint scheduling and planning conference report:

1. **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on **6/12/2006**, and was attended telephonically by:

   Kenneth Jacobus, attorney for the plaintiff, Michelle V. Minor

Mary B. Pinkel, attorney for defendants, Municipality of Anchorage, Anchorage Police Department

Kenneth Gutsch, attorney for defendants, La Mex, Inc.  La Mexicana Restaurant, Trina M. Johnson, and Renee Abelcop

The parties recommend the following:

2.    **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a) (1):

___    have been exchanged by the parties

_x__    will be exchanged by the parties by July 3, 2006

Proposed changes to disclosure requirements: (insert proposed changes, if any)

**Preliminary witness lists**

___    have been exchanged by the parties

_x__    will be exchanged by the parties by August 2, 2006 and will include categories of experts the parties have retained or anticipate retaining.

3.    **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the

following issues of fact and/or law to be presented to the court at trial in this matter:

**Liability, Causation and Damages**

4.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

A.    Discovery will be needed on the following issues:

See (3) above.

**Liability, Causation and Damages**

B.    All discovery commenced in time to be completed by November 30, 2006

("discovery close date").

C.    Limitations on Discovery.

1.    Interrogatories.

_x__    No change from F.R.Civ.P. 33(a)

___    Maximum of (number) by each party to any other party.

Responses due in (number) days.

2.    Request for Admissions.

_x__    No change from F.R.Civ.P. 36(a)

___    Maximum of (number) requests.

Responses due in (number) days.

3.    Depositions.

_x__    No change from F.R.Civ.P. 30.1.

___    Maximum of (number) depositions by each party.

Depositions not to exceed (number) hours unless agreed to by all parties.

D.    Reports from retained experts.

__x_    Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a) (2) (C).

___    Reports due:

From plaintiff _____, 2006        From defendant _____, 2006

E.    Supplementation of disclosures and discovery responses are to be made:

___    Periodically at 60-day intervals from the entry of scheduling and planning order.

_x__    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

_x__    45 days prior to the close of discovery.

___    Not later than _____, 2006

5.    **Pretrial Motions.**

_x__    No change from D.Ak.LR.16.1(c).

The following changes to D.Ak. LR 16.1(c).  [Check and complete all that apply]

___    Motions to amend pleadings or add parties to be filed not later than (date).

___    Motions under the discovery rules must be filed not later than (date).

___    Motions in limine and dispositive motions must be filed not later than (date).

6.    **Other Provisions:**

A.    _x__    The parties do not request a conference with the court before entry of the scheduling order.
___    The parties request a scheduling conference with the court on the following issue(s):
(Insert issues on which a conference is requested)

B.    Alternative Dispute Resolution. [D.Ak.LR 16.2]

___    This matter is not considered a candidate for court-annexed alternative dispute resolution.
_x__    The parties will file a request for alternative dispute resolution not later than _____, 2006.
_x_ Mediation        ___ Early Neutral Evaluation

C.    The parties ____ do __x__ not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P.7.1

___All parties have complied ___ Compliance not required by any party.
**If applicable, LaMex will comply.**

7.    **Trial.**

A.    The matter will be ready for trial:

_x__    **45** days after the discovery close date.

___    not later than (date).

B.    The matter is expected to take **4** days to try.

C.    Jury Demanded: _x__Yes ___No

Right to jury trial disputed? ___ Yes _x__No

Respectfully submitted this 13th day of June, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:    s/ Mary B. Pinkel
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 8505030

The undersigned hereby certifies that on 06/13/06 a
true and correct copy of the *Scheduling and Planning
Conference Report.*
was served on:
- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex

By first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office