LAW OFFICES

# Richmond & Quinn

A PROFESSIONAL CORPORATION

LAURA J. EAKES
WILLIAM A. EARNHART
KENNETH M. GUTSCH
CRAIG S. HOWARD

360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

DANIEL T. QUINN
ROBERT L. RICHMOND
SCOTT A. SCHILLINGER
STACY L. WALKER
MARC G. WILHELM

e-mail: info@richmondquinn.com
www.richmondquinn.com

August 1, 2006

**VIA FACSIMILE**

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

      Re:    *La Mex, Inc. adv. Minor*
             Case No.: 3AN-06-6602 CI
             Our File No.: 108.534

Dear Ken:

      The deadline for initial disclosures was July 3, 2006. Please let me know when we can expect plaintiff's initial disclosures, so we do not have to trouble the court with a motion to compel. Thanks.

           Very truly yours,
           RICHMOND & QUINN

           Kenneth M. Gutsch

KMG:daf

cc: Mary B. Pinkel, Esq.
108\534\Corr\Jacobus 03