Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, | ) |
| INC., TRINA M. JOHNSON, RENEE | ) |
| ABELCOP, and MUNICIPALITY OF | ) |
| ANCHORAGE, | ) |
| | ) |
| Defendants | ) |
| | ) |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. 3:06-cv-00101

**ORDER**

The court having been advised of the premises herein, hereby grants Defendants' Motion to Compel Plaintiff's Initial Disclosures.

DATED:_____     _____
                              Judge Timothy M. Burgess
                              UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of August, 2006, to:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

Mary Pinkel, Esq.
Municipality of Anchorage
Division of Law
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

108\534\Pld\Order re Motion to Compel

ORDER

Minor v. La Mex, et al., CASE NO. 3:06-cv-00101
PAGE 2