Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, | ) |
| INC., TRINA M. JOHNSON, RENEE | ) |
| ABELCOP, and MUNICIPALITY OF | ) |
| ANCHORAGE, | |
| | |
| Defendants | |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. 3:06-cv-00101

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES**

COME NOW defendants La Mex, Inc., La Mexicana, Inc., Trina M. Johnson, and Renee Abelcop, and hereby move to compel plaintiff's initial disclosures.  According to the court's order, plaintiff's initial disclosures were due on July 3, 2006.

Plaintiff has failed to comply.

On August 1, 2006, defendants requested that plaintiff comply with the court's order and provide her initial disclosures.  Ex. A hereto.  Plaintiff has failed to respond.

Therefore, plaintiff should be compelled to fully provide her initial disclosures, including a full and complete computation of plaintiff's claimed special damages as required by Federal Civil Rule 26(a)(1)(C).

Dated this 10th day of August, 2006, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Defendant


        s/Kenneth M. Gutsch


   By: _____
        Kenneth M. Gutsch
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK 99501
        Ph: (907) 276-5727
        Fax: (907) 276-2953
        kgutsch@richmondquinn.com
        Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of August, 2006, to:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

Mary Pinkel, Esq.
Municipality of Anchorage
Division of Law
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

108\534\Pld\Motion to Compel Initial Disclosures