Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)
kpjlaw@yahoo.com

Counsel for Michelle V. Minor

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>LA MEX, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **RESPONSE TO MOTION TO COMPEL INITIAL DISCLOSURES**<br><br>U.S. District No. 3:06-cv-00101 |

Prior to the motion to compel, and in response to Mr. Gutsch's letter, I responded by stating that Ms. Minor was leaving the country, and would not return until about August 21, 2006. The initial disclosures would be completed at that time. Since I received that motion, I have prepared a set of initial disclosures based on the information presently in my possession, mailed it to defendants, and will update these disclosures when Ms. Minor returns.

The motion was really not necessary, and is now moot. It should be withdrawn or denied for these reasons.

DATED this 13th day of August, 2006.

Kenneth P. Jacobus, P.C.
Attorney for Michelle V. Minor

By _____
Kenneth P. Jacobus
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of this Response to Motion to Compel were mailed on August 13, 2006, to:

Mary Pinkel Attorney at Law
Municipality of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-9950

Ken Gutsch
Richmond and Quinn
360 K Street, Suite 200
Anchorage AK 99501

Kenneth P. Jacobus