Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:06-cv-101-TMB

### THE MUNICIPALITY'S JOINDER IN DEFENDANTS' (LA MEX ET AL.) MOTION TO COMPEL

The Municipal Attorney's Office, by and through Assistant Municipal Attorney, Mary B. Pinkel, hereby joins in the Defendants' (La Mex et al.) Motion to Compel Plaintiff's Initial Disclosures.  This joinder in the Defendants' motion is supported by the attached affidavit of counsel and exhibits A and B.

In a Scheduling and Planning Order dated June 14, 2006, the court ordered the parties to have initial disclosures completed by July 3, 2006.  Just today the Municipality received the Plaintiff's "initial disclosures."  Exhibit B.  However, the initial disclosures provided by the Plaintiff are deficient.  Id.  For example, no documents are provided.  Id.  In addition, there is no explanation of the claims or damages that Ms. Minor requests.  Id.  The fact that the Plaintiff is out of the country is no excuse for tardiness or deficiency of Plaintiff's disclosures at this date.  Presumably it has been known for some time that the Plaintiff would be away when the disclosures were due.  In a letter to counsel for the Plaintiff dated August 1, 2006, the undersigned informed the counsel for the Plaintiff that this lack of disclosure by the Plaintiff would hamper the Defendants' preparation for a deposition of the Plaintiff.  Affidavit of counsel and exhibit A. While the parties have now rescheduled that deposition for September 5, 2006, it is still disadvantageous to the Defendants to still not have initial disclosures from the Plaintiff as contemplated by Rule 26.  Affidavit of counsel, paragraph 5.

Accordingly, the Municipality joins in the Defendants La Mex et al.'s motion to compel the Plaintiff's initial disclosures, including a full and complete computation of Plaintiff's claimed special damages, as well as an explanation as to all of her claims against the Defendants.  The "initial disclosures" received today are hopelessly deficient and do not comply with Federal Rule 26.

Dated this 15th day of August, 2006.

        FREDERICK H. BONESS
        MUNICIPAL ATTORNEY

By: s/ Mary B. Pinkel
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org
    Alaska Bar No. 8505030

The undersigned hereby certifies that on 08/15/06 a true and correct copy of the *Municipality of Anchorage's Preliminary Witness List* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex et al.

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office