Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| LA MEX, INC., LA MEXICANA, INC., | ) |
| TRINA M. JOHNSON, RENEE ABELCOP, | ) |
| and MUNCIPALITY OF ANCHORAGE, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

U.S. District Court Case No. 3:06-cv-101-TMB

**AFFIDAVIT OF COUNSEL IN SUPPORT OF THE MUNICIPALITY'S JOINDER IN DEFENDANTS' (LA MEX ET AL.) MOTION TO COMPEL**

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Mary B. Pinkel, being duly sworn under oath, deposes and states as follows:

1. I am the Assistant Municipal Attorney assigned to this case and in that capacity have knowledge of the correspondence, pleadings and proceedings to date.

2. In a Scheduling and Planning Order dated June 14, 2006, the court ordered the parties to have initial disclosures completed by July 3, 2006. Finally, this morning the Municipality received Plaintiff's "initial disclosures." However, those disclosures are deficient and fail to comply with Federal Civil Rule 26. For example, the Plaintiff has provided no documents, and fails to elaborate on the nature of her claims and damages.

3. Out of courtesy to Mr. Jacobus, I wrote Mr. Jacobus a letter on August 1, 2006, stating that his disclosures were overdue. On August 3, 2006, Attorney Hugh Fleischer called me to say that he was watching Mr. Jacobus's mail and that Mr. Jacobus was out of town. I told Mr. Fleischer that Mr. Jacobus should call me upon his return. Mr. Jacobus and I spoke on August 7, 2006 and re-scheduled the deposition of Ms. Minor until September 5, 2006. (The deposition had been previously scheduled for August 22, 2006, but Jacobus indicated that Ms. Minor would be returning from her trip and that date would be inconvenient.)

4. On August 7, 2006, Mr. Jacobus indicated that Ms. Minor would not be back until August 21, 2006. He indicated that he would have the disclosures ready after Ms. Minor's return. However, the fact that the Plaintiff is out of the country is no excuse for the tardiness and deficiency of Plaintiff's disclosures at this date. Presumably Mr. Jacobus and Ms. Minor have known for some time that the Plaintiff would be away when the disclosures were due. Moreover, the type of information contained in initial

disclosures is the type of information that Plaintiff's counsel should have in hand prior to even bringing a lawsuit.

5. My ability to represent the Municipality has been greatly disadvantaged by the tardiness and deficiency of disclosures by the Plaintiff in this case.

6. The Municipality joins in the Defendants La Mex et al.'s motion to compel the Plaintiff's initial disclosures, including a full and complete computation of Plaintiff's claimed special damages, as well as an explanation as to all of her claims against the Defendants. The Municipality is frankly puzzled by this lawsuit, and would like to know why Ms. Minor really believes she has claims of merit against it. The initial disclosures the Plaintiff provided today are hopelessly deficient and do not comply with Federal Civil Rule 26.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Mary B. Pinkel_
Mary B. Pinkel

SUBSCRIBED and SWORN TO before me this 15th day of August, 2006.

_Elaine J. Loew_
Notary Public in and for Alaska
My Commission Expires: Oct 8, 2008

OFFICIAL SEAL
State of Alaska
ELAINE J. LOEW
NOTARY PUBLIC

The undersigned hereby certifies that on 08/15/06 a true and correct copy of the *Municipality of Anchorage's affidavit of counsel* was served on:

- Kenneth P. Jacobus, attorney for Plaintiff
- Kenneth Gutsch, attorney for La Mex et al.

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
s/ Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office