

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

Office of the Municipal Attorney
Civil Division

August 1, 2006

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501

*Via hand-delivery*

RE:  *Minor, v. La Mex, Inc., Johnson, MOA, et al.,*
     Case No. 3AN-06-6602 CI
     Our File No. 06-0125

Dear Ken:

Your initial disclosures are now almost one month over-due. They were originally due on July 3, 2006. We had agreed to an extension until July 5, 2006 only. Mr. Gutsch has now provided initial disclosures and supplements to those disclosures, yet you, the Plaintiff's attorney, have still provided no disclosures. Since we are now planning to depose Ms. Minor in 3 weeks, our preparation for her deposition is hampered by the lack of disclosures by her. Please provide your initial disclosures before the end of this week, or I will consider filing a motion to compel. I would hate to waste the court's time with such a motion. However, I fear that you are taking unfair advantage of Mr. Gutsch and me.

In addition, please seriously consider dismissing this lawsuit with prejudice. This is an extremely frivolous case. The Municipality and La Mex will very likely prevail at trial if not at the summary judgment phase. While I cannot speak for La Mex, if the Municipality prevails, it intends to move for attorneys' fees. Please talk to Ms. Minor about the idea of dismissing this case immediately before any more attorneys' fees are incurred. Please call me if you have any questions or concerns.

Very truly yours,

Mary B. Pinkel
Assistant Municipal Attorney

cc:  Kenneth Gutsch

*Community. Security. Prosperity.*

Exhibit A