

RECEIVED
MUNI...        ...TORNEY
08 AUG 15 AM 10: 02

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)
kpjlaw@yahoo.com

Counsel for Michelle V. Minor

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MICHELLE V. MINOR | ) | |
| | ) | |
| Plaintiff, | ) | **INITIAL DISCLOSURES** |
| vs. | ) | |
| | ) | |
| LA MEX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | U.S. District No. 3:06-cv-00101 |

In accord with Federal Rule of Civil Procedure 26(a)(1), Michelle V. Minor provides the following initial disclosures:

### Factual Basis of Claim

The factual basis of the claim is set forth in the allegations of the complaint in this case.

### A. Individuals Likely to Have Information

The individuals likely to have discoverable information include the fourteen people who attended the dinner. The names of those persons as I am able to identify them at this time are attached as Exhibit A to these initial disclosures.

They also include the police officers who responded to the call to LaMex, who can be identified and located c/o the Municipality of Anchorage. Their names appear on the police reports of this incident.

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

Exhibit ___B___

Finally, the table waiter, the restaurant manager, and the person telephoned by the restaurant manager on the evening of the incident can be identified and located through La Mex.

## B. Documents, etc.

The categories of relevant documents are as follows:

(1) Advertisements, restaurant checks, calculations, and check tendered at the restaurant on the night of the incident.

(2) Police reports of the incident.

(3) The court file, any transcript, log notes and exhibits in the criminal case of <u>Municipality of Anchorage v. Minor</u>, District Court Case No. 3AN-M04-3149 CR.

## C. Categories of Damages, etc.

As a result of the arrest, Mr. Minor incurred general and special damages, including, but not limited to, damages for personal injury, emotional distress, pain and suffering, humiliation, loss of income, and costs incurred in defending against and resolving the issues caused by the arrest and the charges brought against Ms. Minor. The amounts claimed will be determined by the fact finder at trial. The same is the situation for her claim for punitive damages, which will have to be determined by the fact finder.

Ms. Minor is also claiming her defense costs and attorney fees in the criminal case, and the amount paid to La Mex in excess of what the bill should have been in order to resolve the criminal case against her.

A better estimate of these amounts will be provided prior to Ms. Minor's deposition, after she returns from her trip outside the United States.

## D. Insurance Agreements

Ms. Minor has no copies of any liability insurance policies applicable to this case.

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE, AK 99501-2064
TELEPHONE (907) 277-3393

2

These disclosures will be updated when Ms. Minor returns from her trip outside of the United States.

DATED this 13th day of August, 2006.

Kenneth P. Jacobus, P.C.
Attorney for Michelle V. Minor

By _____
           Kenneth P. Jacobus
           ABA No. 6911036

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true
copies of these Initial Disclosures were
mailed on August 13, 2006, to:

Mary Pinkel Attorney at Law
Municipality of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-9950

Ken Gutsch
Richmond and Quinn
360 K Street, Suite 200
Anchorage AK 99501

_____
Kenneth P. Jacobus

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

3

**From:** Kenneth Jacobus
**To:** Ken Gutsch; Mary Pinkel
**Date:** Sunday, August 6, 2006 12:58:11 PM
**Subject:** Fw: Minor v. LaMex Diner List

Mary and Ken - I am forwarding this email, which I just received, to provide you with a partial list of the people at Michelle Minor's dinner at La Mex.

Ken Jacobus

Forwarded Message ----
From: Michelle Minor <mvm_moonshadow@yahoo.com>
To: Ken Jacobus <kpjlaw@yahoo.com>
Sent: Sunday, August 6, 2006 6:11:30 AM
Subject: Minor v. LaMex

The people with me at the restaurant were:

Robert A. Rasmussen, 1120 E. Huffman Rd., #674, Anchorage 99515, phone: 907-227-3122.  (For your info, Bob Rasmussen is in Slovenia and won't be back until October or November.)

Tina Michels and her two minor children; current address & phone number not known

Max Gruner and Amy Loyd, address to be sent later; phone 907-277-2566.

Andi and Rebecca Nations, address to be sent later; phone 907-336-1606.

Steve Cleary (AkPIRG), address and phone # to be sent later.  (He emailed me the address and phone number; it's on my hippolyta email, but I can't access it from here [London].)

Steve's female friend; name and address to be supplied.

There were two or three other people, too.  I think there were 14 of us in all.  I know you need a complete list, but this is a start.

Michelle

Want to be your own boss? Learn how on Yahoo! Small Business.

Amy Loyd and Max Gruner
4208 Garfield Street
Anchorage AK  99503
907-277-2566

Steven M. Cleary
2654 Lovejoy Drive
Anchorage AK  99508

Andi, Becca and Lara Nations
12930 Silver Spruce Drive
Anchorage AK  99516
907-336-1606

Tina M. Michels-Hansen
21935 Cloverleaf Road
Chugiak AK  99567
907-830-0462