UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  MICHELLE V. MINOR  </u>   v.   <u> LA MEX, INC., et al. </u>

THE HONORABLE TIMOTHY M. BURGESS

<small>DEPUTY CLERK</small>                                      CASE NO. <u> 3:06-cv-00100-TMB </u>

<u> Pam Richter  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    Date: August 29, 2006

    Defendants to this case have filed a motion to compel (Docket 20) under one or more of discovery Rules 26 or 30 through 34, Federal Rules of Civil Procedure.  Movant has not certified that counsel have conferred with respect to this motion as required by Rule 37(a)(2)(A) or (B) or (d), Federal Rules of Civil Procedure.  This motion will not be forwarded to the assigned judge for disposition until the certification is made.  If no certificate or report is filed within fourteen (14) days from the date of this minute order, the motion will be stricken.

[~9195263.wpd]{I(I).WPD*Rev 12/96}