```
Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, | ) |
| INC., TRINA M. JOHNSON, RENEE | ) |
| ABELCOP, and MUNICIPALITY OF | ) |
| ANCHORAGE, | ) |
| | ) |
| Defendants | ) |
| | ) |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. 3:06-cv-00101

### DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL

Come now, defendants, Renae Ablecop, Trina Johsnon, La Mex Inc., and LaMexicana, inc. and hereby withdraw their motion to compel plaintiff's initial disclosures.

Dated this 8th day of September, 2006, at Anchorage, Alaska.

                                              RICHMOND & QUINN
                                              Attorneys for Defendants

By: s/Kenneth M. Gutsch
     Kenneth M. Gutsch
     RICHMOND & QUINN
     360 K Street, Suite 200
     Anchorage, AK 99501
     Ph: (907) 276-5727
     Fax: (907) 276-2953
     kgutsch@richmondquinn.com
     Alaska Bar No. 8811186

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th day of September, 2006, to:

Kenneth P. Jacobus, Esq.
310 K Street, Suite 200
Anchorage, AK 99501-2064

Mary Pinkel, Esq.
Municipality of Anchorage
Division of Law
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

s/Kenneth M. Gutsch
_____
     RICHMOND & QUINN

108\534\Pld\Withdrawal of Motion to Compel

DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES

<u>Minor v. La Mex, et al.</u>, CASE NO. 3:06-cv-00101
PAGE 2