MICHELLE V. MINOR v. LA MEX, INC.
State District Court Case No.: 3AN-06-6602 CI
United States District Court Case No.: 3:06-cv-00101

**INDEX OF EXHIBITS TO**
**LA MEX DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| | |
|---|---|
| A | Affidavit of Vickie Evans |
| B | Excerpts From Criminal Trial Transcript |
| C | Copy of Bill At Issue |
| D | Walk-Out Form |
| E | Affidavit of Renee Abelcop |
| F | Police Report |
| G | Affidavit of Trina Johnson |