# Affidavit of Vicki Evans
# Exhibit A

## AFFIDAVIT OF VICKI EVANS

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

      I, VICKI EVANS, being first duly sworn, depose and state as follows:

      1. La Mex engaged me as an independent contractor to do marketing and promotions from January, 2004 to March, 2005.

      2. Trina Johnson asked me to prepare promotional materials and advertisements to promote a special 35th Anniversary Celebration with specific items from the 1969 menu with their relative 1969 prices at La Mex's downtown location on April 1, 2004.

      3. I prepared the attached advertisements submitted to the Anchorage Free Press (Ex. 1) and Anchorage Daily News (Ex. 2).

      4. I sent the advertisements to the Anchorage Press and Anchorage Daily News, which then built the advertisements based on the content I provided, and sent me back a proof of the advertisement for my approval.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

*1*

5. To the best of my knowledge, Trina Johnson and Renee Abelcop were not involved in preparing the advertisements.

6. With regard to the attached March 11-17, 2004 advertisement, I included La Mex's three addresses because that was the standard format for all of La Mex's advertisements. There was no intent to mislead customers into thinking that the celebration was to be held at the Spenard La Mex location.

7. I prepared the attached yellow poster, and had 100 copies (of 11" x 17"). (Ex. 3.) My intent in preparing the attached yellow poster was to specify the downtown location as the site of the special promotion.

8. I placed the attached yellow poster in 100 locations at the three La Mex locations, including about 33 posters at La Mex's Spenard location.

9. To the best of my knowledge, I placed copies of the yellow poster in the vestibule and on the front doors of La Mex's Spenard location.

10. I posted approximately 7 of the yellow posters in the women's washroom (on the exterior and stall doors and wall) at the Spenard location.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

11. I posted approximately 6 of the yellow posters in the men's washroom (on the stall doors; above the urinals, and on the wall above the hand-dryer, and on the back of the men's bathroom door) at the Spenard location.

12. I placed the rest of the yellow posters elsewhere around the Spenard restaurant.

13. I also voiced and arranged to have the radio ad, specifying the downtown location (Ex. 4) broadcast 73 times on radio stations KDBZ (17 times), KQEZ (31 times), and KRPM (25 times) prior to April 1, 2004.

14. I also voiced and arranged to have broadcast a similar script (changed to add the word "today only") 14 times on KDBZ, KQEZ, and KRPM on April 1, 2004. These ads all specified the downtown location.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
VICKI EVANS

SUBSCRIBED and SWORN TO before me this 21ST day of September, 2006.

_____
Notary Public in and for
My Commission Expires: 4/15/09

108\534\Pld\Affidavit of Vicki Evans

3

# Exhibit 1 to
# Affidavit of Vicki Evans





Celebrating the Iditarod's 35th Anniversary ¡ota¡taco!

1st anniversary Party
Thursday, April 1st

These events at downtown location only:

Now till the End of the Iditarod
Pepe's $10.00 Checkpoint Special
plus... daily race specials every day at all three locations

Shirley Temple Awards
Kid Karaoke Contest
Saturday March 6th
4 pm

La Mex Downtown
900 W. 6th Ave. 274-7678

My Chihuahua doesn't like to go outside. Why Trina has this cracked-out little dog running for Nome is beyond me, but, what the hell – it sells tacos!

March 4 - 10, 2004

