Exhibit 2 to
Affidavit of Vicki Evans

TASTE

# Heady cabbage

### If cooked properly, it will reward you with great flavor

By ALLISON ASKINS
The News (Columbia, S.C.)

Let's talk about cabbage, that hearty leafy vegetable that too often gets a bum rap because of its strong smell. Turns out that's not entirely the vegetable's fault.

We consulted a variety of sources for information about cabbage, one of which is the Cook's Illustrated "Perfect Vegetables" cookbook. This excellent book walks you through tested methods for making the most of more than 50 vegetables. It's a great resource for any kitchen as the folks at Cook's Illustrated are the experts on all manner of cooking conundrums.

**Q. How do I choose a good cabbage?**

**A.** Look for solid heads, heavy in relation to their size. Stems should be trimmed close to the head and some larger outer leaves should be green and intact. You do not want yellowing, wilting leaves.

**Q. How should cabbage be stored before cooking?**

**A.** In a cold, humid location, preferably the crisper drawer of your refrigerator. It is best to use cabbage as quickly as possible, within a week of purchase.

**Q. What is the nutritional value of cabbage?**

**A.** Cabbage contains vitamins A, B and C, as well as iron, calcium and enzymes, and is high in beta-carotene and fiber.

**Q. What is the easiest way to prepare cabbage?**

**A.** The cabbage is part of the brassicas family, good for filling out soups, or serving in salads or as side dishes.

The easiest way is to prepare a cabbage is chopped or shredded for coleslaw or steaming. For coleslaw, you can go as easy as buying pre-packaged, shredded cabbage and mixing with a ready-made slaw dressing or shredding a fresh cabbage and combining with several ingredients such as those suggested in the accompanying cole slaw recipe.

Steamed cabbage also is easy to prepare. The trick is in not overcooking. Cabbage leaves steam very quickly and taste best when they maintain crunch. Add a little soy sauce for flavor or use the recipe suggested here.

**Q. What do I do about the smell of cabbage?**

**A.** Cabbage produces an unpleasant, sulfur-like odor only when overcooked. The solution is to avoid cooking in aluminum pans and to keep your cooking time to a minimum.

**Q. What is the best way to chop a cabbage?**

**A.** According to Cook's Illustrated, you should cut a whole cabbage into quarters to prepare it for shredding. Remove the hard core from each quarter and then separate the leaves, placing them into stacks. Then, using a chef's knife, cut each stack diagonally into thin shreds. You also can roll the stacked leaves and place them into the food tube of a food processor fitted with a shredding disk.

To pull away whole leaves from a cabbage for recipes such as the stuffed-cabbage recipe here, carefully cut out the hard core of the cabbage, then gently pull away whole leaves. If a leaf tears slightly, don't worry. Once steamed, it will be pliable and easy to fold, though you do not want it to tear too much when you're making stuffed-cabbage leaves.



Cabbage is one of the most international and versatile vegetables when treated right.

**Q. How many cups of chopped cabbage does a head of cabbage yield?**

**A.** One average head (1½ pounds) will produce 6 to 8 cups shredded cabbage and about 3 to 4 cups cooked.

**CABBAGE FAMILY**

**Bok choy:** A variety of Chinese cabbage. Stem is crispy and juicy. Great in stir-fries.

**Broccoli rapini:** A member of the same brassicas family as cabbage. Best when purchased tiny and firm.

**Green cabbage:** Common cabbage found in groceries and often used in coleslaws or to steam. Available throughout the year.

**Celery cabbage:** A variety of Chinese cabbage, which is good in salads or stir-fries. Thin and crisp.

**Napa cabbage:** Also a variety of Chinese cabbage.

**Red cabbage:** This cabbage is good in dishes such as coleslaw, where it adds a dash of color. It also can be cooked in casseroles or steamed.

**Savoy cabbage:** This pretty cabbage has a curly, almost lacy leaf. It also has a good flavor and is good served as a side or main dish. You can stuff an entire cabbage or use leaves as in the recipe offered with this recipe suggestion.

**White salad cabbage:** This is the more common cabbage used for making coleslaw or other raw cabbage mixtures. This type of cabbage also is used in our stuffed cabbage leaves recipe.

### Braised Cabbage With Parsley and Thyme

✔ 1 tablespoon unsalted butter
✔ ¼ cup low-sodium chicken broth
✔ 1 pound green cabbage (½ medium head), shredded
✔ ¼ teaspoon minced thyme
✔ 1 tablespoon minced fresh parsley leaves
✔ Salt and ground black pepper

▶ Melt butter in large skillet over medium-high heat. Add broth, then cabbage, then thyme. Bring to a simmer, cover and cook, stirring occasionally, until cabbage is wilted but still bright green, 7 to 9 minutes.

▶ Sprinkle with parsley, season with salt and pepper. Serve immediately.

▶ Makes 4 servings.

— *from "Perfect Vegetables" by editors of Cook's Illustrated*

### Stuffed Cabbage Leaves

✔ 8 cabbage leaves
✔ 2 quarts water
✔ ½ teaspoon salt
✔ 1 pound lean ground beef
✔ 1 egg
✔ ¼ cup cooked rice
✔ 1 onion, chopped
✔ 2 tablespoons butter
✔ Salt and pepper, to taste
✔ 4 slices bacon, cut into half slices
✔ 1 cup tomato puree
✔ ½ water for diluting puree, if desired

▶ Prepare rice ahead of time by using a packaged rice or cooking ¼ cup regular rice in 1 cup water with about ½ teaspoon salt. Once rice has cooked, set ½ cup aside for this recipe and reserve any extra for another time.

▶ Bring to boil 2 quarts water and ½ teaspoon salt. This will be used to blanche the cabbage leaves.

▶ While water is coming to a boil, cut a circle around core of cabbage to loosen leaves.

▶ Drop 8 cabbage leaves into boiling water for 2 minutes. Remove with tongs and lay flat on a paper towel to absorb excess moisture. Cut a small V from the root end of the cabbage leaf. (You want to remove the hard spine at the base of the leaf.) Set aside prepped leaves.

▶ Saute onion in butter in a small saute pan over medium-high heat.

▶ After onion has sauteed, mix in a medium-sized bowl: onion, uncooked beef, raw egg, cooked rice, salt and pepper.

▶ On a cutting board or other cleared surface, stuff leaves by filling each with a heaping spoonful of meat mixture. Fold sides of leaves to cover meat mixture, then fold top and bottom of leaf to further cover the mixture. Place stuffed cabbage leaf seam side down in a baking dish.

▶ Place a half piece of bacon over each stuffed leaf. Pour tomato puree mixed with about ½ cup of water over stuffed leaves. (Add water to create the consistency of puree that you prefer.)

▶ Cover loosely with foil and bake at 350 degrees for 50 minutes.

▶ Makes 4 servings.

— *from Shirley Sease of Gilbert, S.C.*

### Creamy Coleslaw

✔ ¼ pound package coleslaw mix (shredded cabbage and carrots)
✔ 1 medium red onion, thinly sliced
✔ ¼ cup fat-free mayonnaise
✔ 2 tablespoons cilantro, fresh, chopped
✔ 1 teaspoon dark sesame oil
✔ ¼ teaspoon table salt
✔ ¼ teaspoon black pepper

▶ Mix all ingredients in large bowl; toss to combine. Cover and refrigerate until ready to serve. Best if allowed to sit for at least 1 hour before serving.

▶ Makes 4 servings.

— *from WeightWatchers.com*



Jerry Stamschror, a chef at the Duluth (Minn.) Athletic Club, demonstrates proper chopping technique for mushrooms in this multiple-flash photo.

## How you chop, slice makes a difference

**GLOSSARY:** Mincing garlic will strengthen its flavor in a sauce.

**Food Network:**
Recipes can be filled with bewildering culinary terms to a novice cook. The most common terms that can stymie are the specifics of how to cut something in a list of ingredients.

Mince, chop, dice, brunoise, julienne — what's the difference? And does it really matter? Yes, it does. How a vegetable or protein is cut will affect how long or short it will take to cook and sometimes how it tastes. The flavor of garlic in a sauce will be more when it is finely minced vs. the jolt of a large chopped piece.

• **Slice:** Thin pieces, often keeping the shape of the vegetable intact, such as rounds of carrot, zucchini, cucumbers or tomatoes. For an attractive bias cut, try slicing on an angle.

• **Shred:** Vegetables cut in to long, narrow but rough pieces. Generally done on a grater, common candidates for shredding include lettuce, cabbage and potatoes.

• **Chop:** A chop is a large casual cut, somewhat square or chunky, perfect for carrots, apples or onions. A chop is bigger than a dice or a mince and doesn't need to be uniform.

• **Dice:** This common cut calls for cutting vegetables into even cubes, about ¼- to ¼-inch square. This is more exact than a chop.

• **Brunoise:** This is an extremely fine and precise dice, about ⅛-inch square. This requires good knife skills and is often called for in advanced or restaurant-style recipes.

• **Mince:** This is the finest cut of all. Parsley should be like fine confetti, garlic tiny and citrus zest miniscule.

• **Julienne:** This cut transforms vegetables into narrow, fine sticks, 2 to 3 inches long and ⅛-inch square. A finer julienne measures ⅛ of an inch square.

• **Baton:** This is a chubby julienne, about ¼- to ½-inch square and 2 to 3 inches long. Think french fries.

• **Chiffonade:** A fancy term for cutting leafy vegetables or herbs into strips or ribbons. The best way to do this is to roll the leaves up into a cylinder before slicing into strips. A chiffonade is more delicate than a shred.

## Deglazing uses tasty bits left in pan

After sauteing or roasting meat, fish and/or vegetables, there are often little browned bits left in the bottom of the pan. These are the juices that were released during the cooking process. They brown and get highly concentrated in the intense heat of the pan. These precious bits of flavor are invaluable as the base for many quick and delicious sauces.

The process for deglazing these bits is called deglazing. Before deglazing, remove the protein or vegetable and pour excess fat from the pan. Then pour in a couple tablespoons of liquid like water, wine, vinegar, fruit juice or broth.

Scrape the bottom of the pan with a wooden spoon or heat-resistant spatula to free the browned bits and stir until they dissolve.

— *Food Network*


YOUR DENTIST HAS MOVED!
Dr. Max Swanson welcomes
**DR. ROBERT MOREHEAD**
**FREE Professional Teeth Whitening**
with New Patient Exam
2800 Cordova St., Ste.205 • 276-1712
Anchorage Excellence • Gentle Care


**Denali OB-GYN Clinic**
Ruth Higdon, MD
Nazelia Saprykina, MD
Ken Modrzin, MD
Peter Adams, MD
Jennifer Brown, ANP
Specializing in General & High-Risk Obstetrics, Gynecology, Infertility & Gynecologic Oncology
3340 Providence Dr., Suite 564    222-9930
Providence Medical Office Building A, 5th floor


NEW URGENT CARE DEPT.
11 physicians on staff to serve your needs
AVOID LONG EMERGENCY ROOM WAITS!
**MEDICAL PARK FAMILY CARE, Inc.**
2271 E. Northern Lights Blvd (Northern Lights & Lake Otis)

HAND MADE RUGS
**Silk Road Rugs**
RED CARPET SALE
**30-50% OFF**
336-RUGS


35th Anniversary Kick-Off Party!
Thursday, April 1st
La Mex Downtown
La Mex Downtown
900 W. 6th Avenue
274-7678


Band

**BUY BY POPULAR DEMAND**
Anchorage CONCERT ASSOCIATION
THURSDAY, APRIL 8, 7:30PM
ATWOOD CONCERT HALL
tickets at CarrsTix

Fostoria Fresh Whole
Grown in...
**7**
Additional at...


Mrs. Butterworth's Syrup
**2.99**
Ea.
24-oz.
Original or Lite.

Prices

Fred Meyer
Thin Sliced Meats
**3 for $2**
2.5 oz.
Assorted varieties.


You'll find our low
Go to fredmeyer.com



**MEDICAL PARK FAMILY CARE, Inc.**
2211 E. Northern Lights Blvd (Northern Lights & Lake Otis)
**CALL 279-8486** FOR WALK-INS AND SAME DAY APPOINTMENTS



**336-RUGS**
Next to REI in the Northern Lights Center



**35th Anniversary Kick-Off Party!**

**Thursday, April 1st**
**La Mex Downtown**

**Featuring:**
Items from the original menu at original prices!

- Fun Prizes!
- Giveaways!
- Special 35th Anniversary T-Shirts!

**Live Music:**
Hector & El Combo Latino from 5-9pm

**LA MEX 35th**

La Mex Downtown
900 W. 6th Avenue
274-7678

Q: What do I do about the smell of cabbage?   es such as coleslaw. Where it does a …

# Teen fears rumors will wreck friendships at new school



**ANNIE'S MAILBOX**

**Q.** Dear Annie: I am an 18-year-old high school senior, and I have a major problem. I met "Linda" in sixth grade, and we became fast friends. Later that year, a friend of mine said she'd heard a nasty rumor about me that morning.

After sniffing around, I found out that my good friend, Linda, told this horrible lie about me because she was jealous of my other friendships. Her tactic worked. The gossip ruined every friendship I had — even the girl who asked me about the rumor never spoke to me again.

Linda transferred to another school after sixth grade, and I thought that was the end of it. However, I got into trouble, and now Linda and I are both at the same high school. At first, I decided she was a changed girl and everything was hunky-dory. But last week, Linda and I got into a fight on the bus about some little thing and she threatened to use the same rumor against me, this time at our current school.

Annie, Linda is infuriating. She spreads rumors about everyone. She is loud, stupid, annoying and never thinks she is wrong. I am so sick of her that I don't want to be her friend any longer. However, I am afraid if I tell her goodbye, she'll spread this same horrid rumor about me and ruin my life yet again. What should I do? — *Between a Boulder and a Wall of Fire*

**A.** Dear Between: We are eager to help any teenager who uses the phrase "hunky-dory." If Linda is as obnoxious as you say, other students will know not to believe her gossip. If necessary, speak up and tell your friends the truth.

**Q.** Dear Annie: I love my 75-year-old dad dearly. My children adore him, and we love having him around. The problem? He smells.

I don't know if Dad doesn't bathe enough or he doesn't wash his clothes as often as he should. I spray a lot of air freshener, but his presence is unbearable. When he leaves our house, the odor lingers for quite a while. I have tried subtle hints. I have purchased cologne, but he doesn't wear it. I even have offered to do his laundry, but he enjoys doing things himself. I do not want to hurt his feelings. Do you have any ideas? — *Holding My Breath*

**A.** Dear Breath: We assume Mom is not in the picture. That means you must tell Dad his olfactory sense is not working as well as it once did. Gently let him know you are concerned that other people might begin noticing his body odor. Remind him that he needs to shower daily and wear deodorant, and that undergarments need to be washed after every use. He might be embarrassed (you, too), but it's best if this information comes from a loving daughter and not a stranger.

■ *Annie's Mailbox is written by Kathy Mitchell and Marcy Sugar, longtime editors of the Ann Landers column. Please e-mail your questions to anniesmailbox@comcast.net, or write to: Annie's Mailbox, P.O. Box 118190, Chicago, IL 60611.*

**BABY BLUES**



# Put 5-year-old 'on notice' about his angry outbursts



**JOHN ROSEMOND**
PARENTING

**Q.** Our 5-year-old son, when he doesn't get his way or is told to do something he doesn't want to do, will sometimes give the floor or table one quick pound of the fist or stomp of the foot. He does it hard and angrily, but it's very quick and it's over and then he does what he was told or stops what he was told to stop. Should we be punishing this or ignoring it?

**A.** I would ignore it, for the time being at least. What you're describing doesn't fall under any of the "D"-word categories that merit punitive discipline: defiance, disrespect, disobedience, destruction (of property), deceit. At this age, a well-contained outburst of anger is not inappropriate or anti-social, especially when, as you indicate is the case, the child in question subsequently, and without further resistance, obeys the instruction or accepts the "No."

I would, however, recommend that you put him "on notice" concerning these outbursts. Tell him that on his sixth birthday he will no longer be allowed to pound the table or stomp the floor and that if he "forgets," you will be forced to put him in timeout for 10 minutes so he can get himself back under control. You've described an obedient child, in which case, simply identifying the problem in that manner may be enough for him to get it under control.

**Q.** I conduct a parenting class comprised mostly of young moms of young children. This question came up the other day: "My 7-year-old daughter seems to be jealous of my husband's affection toward me. I think because he doesn't give her enough of his time and attention. How important is a father's attention to a daughter this age?" The question stimulated lively discussion, and I'd appreciate your point of view.

**A.** I have but two comments to make concerning this important issue: First, a father should be the most important man in a daughter's life. If he isn't, then she will likely, as a teen, seek to get this need met elsewhere. The danger is that this seeking will be relatively undisciplined. Second, the role of father should always be secondary to the role of husband. As someone once said, "The proper role of a father is to be the best husband he can possibly be." I'm describing a balancing act, but one does not have to be a high-wire artist to pull it off.

*Tell him that on his sixth birthday he will no longer be allowed to pound the table or stomp the floor.*

**Q.** Our 8-year-old son enjoys playing in a pool or in the ocean where he can touch the bottom. Water that's over his head causes him to panic. He hated swimming lessons last year because the instructor had the class do things in the deep end. As a result, he does not want to take swimming lessons this year. Should we make him take them for safety? We are a boating family and vacation at the beach at least once a year.

**A.** Given your family's preference for vacations around and recreation on water, I'd insist that he take swimming lessons. Point out that the lessons will become unnecessary when he learns to swim in deep water. Give him the option of private lessons but tell him that if he exercises that option, he will have to do extra chores around the house until the lessons have served their purpose.

■ *Questions of may be sent to Affirmative Parenting, 1020 E. 86th St., Suite 26B, Indianapolis, IN 46240 and at www.rosemond.com.*

# Partner's ugly divorce leaves woman no choice but to move



**SYLVIA RIMM**
PARENTING

**Q.** My partner's son is 15 years old. He showers without soap and washes his very long hair only once a week. I've called family meetings, but the condition hasn't improved. He dresses poorly and the smell is unbearable. The problem is that his parents are constantly battling with each other over every issue with no resolutions. My partner gets no support from his former wife regarding their son. Do you have any recommendations of how I can cope with this kid, who is with us half the time? I have a 14-year-old daughter, and the examples he sets don't leave a good impression on my child. P.S. He's also doing poorly in school.

**A.** You have a difficult problem. Because of the ugly divorce, your partner probably has little power to influence his son. The boy may actually enjoy annoying you with his lack of cleanliness because it's possible that he resents the time and love his father gives to you instead of his mother. Furthermore, if his dad and mom don't concur on standards for their son, no rewards or punishments will motivate him to change. Your postscript about his poor work in school didn't escape my notice, either. It sounds as if this boy's world is falling apart, and his lack of cleanliness and poor schoolwork are only symptoms of how awful he feels about his life.

While getting him to a psychologist for an evaluation and therapy is a high priority, a psychologist is unlikely to fix the boy's problems without the parents working together. As the father's partner, but not stepmother, you probably will need to stay away from these parenting sessions or you may aggravate the problem.

Your partner could also try talking to the boy's gym teacher. Perhaps if the gym teacher talked to the boy privately about his odor and recommended that he shower daily with soap and use deodorant, it could be enough to get the boy's attention.

If your partner doesn't do something soon about the mess his son is in, I recommend that you and your daughter move out so that you can at least provide your daughter with a more stable and balanced life.

■ *Dr. Sylvia B. Rimm is the author of many books on parenting. Please send questions to Sylvia B. Rimm on Raising Kids, P.O. Box 32, Watertown, WI 53094 or srimm@sylviarimm.com.*

# Weave volunteer work into family life and reap lasting rewards

■ **CHARACTER:** Children can learn a lot by getting involved in others' lives.

**By JERI FISCHER KRENTZ**
*Knight Ridder Newspapers*

CHARLOTTE, N.C. — Every other Friday, Jill Hicks drives her three young sons to a soup kitchen in Charlotte.

They mix juice in pots and fill cups with ice. When the guests come in for lunch, the boys serve them drinks at their tables.

Hicks hoped volunteering at the Urban Ministry Center would get her family involved in other people's lives.

"Life isn't about growing up and making a lot of money and having a nice home," she says. "It's about looking out for people. And I want that to be a part of my sons' lives when they grow up."

Chances are, studies say, it will be. Adults who volunteered as children are twice as likely to volunteer as adults.

But if that isn't enough to convince families to spend time volunteering, there's more. Volunteering together brings families closer, says Jenny Friedman, author of a new book, "The Busy Family's Guide to Volunteering" (Robins Lane Press, $14.97).

It strengthens their value systems. It puts their own problems in perspective. It's fun.

Of all the activities families do together, Friedman says, few will return the same rewards as community service.

"Those things called 'teachable moments' seem to come up a lot when you're doing this kind of work together," she says. "And the earlier you start, the more kids come to understand that doing for others is what living in this world is all about."

You can launch a backyard wildlife habitat project.

Clean up a creek.

Grow extra vegetables for the hungry.

Host a foreign student.

It's not hard to find a family project if you think creatively. But if you need help, agencies have ideas.

Liz Clasen, director of volunteer ministries at the Urban Ministry Center, suggests that families make sandwiches together at home and donate them to a soup kitchen.

Jasmine Brown, director of the volunteer center at United Way of Central Carolinas, has sent mothers and kids to do art projects with children at the Battered Women's Shelter.

Jocelyn Fuller Chrisley, program coordinator at Hands On Charlotte, recruits families to play bingo at nursing homes, pull weeds at a farm for disabled kids and sort donations at a clothing ministry.

"Some of it is trial and error," Chrisley says. "But it's important to start somewhere."

Service projects don't have to be labor-intensive and time-consuming. Families can make greeting cards at home and drop them off at nursing homes. On shopping trips, they can pick up extra canned goods and donate them to a food drive.

"Families are incredibly busy," Friedman says. "They don't need one more person telling them, 'Here's something else you need to be doing.' But many projects you can weave into your everyday life."

After families commit to a project, it can start important conversations about life, says Joan Martinkovic of Concord, N.C.

When her grandson turned 5, Martinkovic started taking him with her to volunteer at Cooperative Christian Ministry in Concord.

Joshua would hang clothes on racks or break down boxes for recycling. It was a nice way to share time as a grandmother and grandson, Martinkovic says.

But even more, she thinks the experience gave Joshua a stronger social conscience.

"He's 15 now, and he knows there are many people in need," she says.

In Charlotte, that's what Hicks hopes for too, when she has her boys — Christian, 12, Kirkpatrick, 10 and Harper, 7 — serve drinks to needy neighbors at the Urban Ministry Center.

"Personally, I feel our society teaches that it's all about me," Hicks says. "I think this will help my sons open their hearts to others."



*LAYNE BAILEY / Charlotte (N.C.) Observer*
Harper Hicks, 7, pours iced tea for Cleo Miller at the Urban Ministry Center in Charlotte, N.C., where he, his two brothers and his mother volunteer.





**FOUND!**
Lost and Found 330
Gym bag with clothes, shoes and personal items. Lost at AK Club.
864-1000

"Placing an ad really works!"
— Anne L. Schuster

**The proof is in the results.**

Anchorage Daily News
adn.com



friday 1st
LUNCH!
Spring Home Demo's
April 2nd
11am-2pm
278-1922



**35th Anniversary Kick-Off Party!**

Thursday, April 1st
La Mex Downtown

Featuring:
• Items from the original menu at original prices!
• Fun Prizes!
• Giveaways!
• Special 35th Anniversary T-Shirts!

Live Music:
Hector & El Combo Latino
from 5-9pm

La Mex Downtown
900 W. 6th Avenue
274-7678

**APR 1 2004**

Exhibit 3 to
Affidavit of Vicki Evans



Exhibit 4 to
Affidavit of Vicki Evans

**RUN THRU MARCH 31**

| | |
|---|---|
| MSFX: | LA MEX JINGLE INTRO |
| ANNC: | THIS YEAR IS LA MEX'S THIRTY-FIFTH ANNIVESARY AND TO KICK OFF THE FESTIVITIES, WE'RE THROWING A PARTY AT LA MEX DOWNTOWN ON APRIL FIRST! WE'LL HAVE LIVE MUSIC WITH HECTOR & EL COMBO LATINO! |
| MSFX: | MARIACHI BAND, OR SOME GUY SAYING "YA HAAAAA!" |
| ANNC: | AND YOU WON'T BELIEVE THIS – WE'LL BE FEATURING ITEMS FROM OUR ORIGINAL MENU AT THE ORIGINAL PRICES ALL DAY LONG! |
| SFX: | NO WAY!!! |
| OLD MAN: | I REMEMBER BACK IN THE DAY WHEN I COULD GET A TACO DINNER AT LA MEX FOR 90 CENTS! SURE BEATS THAT DRIVE-THRU MUMBO-JUMBO! |
| ANNC: | WE'LL ALSO BE GIVING AWAY FUN PRIZES, LA MEX GIFT CERTIFICATES, AND OUR VERY SPECIAL 35TH ANNIVERSARY LA MEX T-SHIRTS! |
| OLD MAN: | ORIGINAL PRIZES AND FREE T-SHIRTS? I'M GOING TO LA MEX DOWNTOWN! |
| ANNC: | SO EVERYBODY – NO JOKE! FOR ONE DAY ~~ONLY~~, THURSDAY, APRIL 1ST, COME ON DOWN TO LA MEX DOWNTOWN FOR OUR 35TH ANNIVERSARY KICK-OFF PARTY! THAT'S THURSDAY, APRIL FIRST! |
| OLD MAN: | WHERE? |
| ANNC: | LA MEX DOWNTOWN! |
| MSFX: | LA MEX JINGLE OUTRO |

4x