Copy of Bill at Issue
Exhibit C

| ☒ Continuation Report  ☐ Supplemental Report | MUNICIPALITY OF ANCHORAGE  Anchorage Police Department NARRATIVE REPORT | *Case Number 04-15311 |
|---|---|---|
| Cross Ref Case # | | Date Occurred 4-1-04 |
| Type of Incident Theft | Location 3552 Spenard | Complainant or Victim |

```
         It's Fall Fiesta Time!
         Join us at our Spenard
         or Dimond locations for
         your Monday Night Football
         Fiesta Fun!  Watch the games
         on our big screen t.v.'s!!!

              (REPRINT)
         ---------- 04/01/04 ----------
     IN»18:24 NOW»21:56 SRVR»MICHAEL  POS#ALL
     CHK#74384   TBL#18              CUST»010

     QTY:        ITEM               PRICE
      4    Grande                   20.00
           -House,Rocks,NO.
      2    Grande                   10.00
           -House,Rocks.
      1    Grande                    5.00
           -House.
      2    Iced Tea- LG              3.00
      1    Grande                    5.75
           -House,Midori.
      1    Ala Pescado              11.30
      1    #Tacos al Carb           13.50
      1    Child Ques                4.95
           -Fries.
      1    Child Ckn                 4.95
           -Fries.
      1    Pollo Fundido            10.95
      1    Dinr RanchBurr           11.50
      1    CX Taco Salad             8.05
      1    Veg Fajita               12.50
      1    Queen                    10.35
           -No Beef.
      1    Ala TWO                   6.25
           -Chz Ench,Spinach Ench.
      1    VegPocoFajitac            9.40
                     SUBTOTAL:     148.45

       AMOUNT DUE: 148.45

            Please Pay Server
```

```
         It's Fall Fiesta Time!
         Join us at our Spenard
         or Dimond locations for
         your Monday Night Football
         Fiesta Fun!  Watch the games
         on our big screen t.v.'s!!!

              (REPRINT)
         ---------- 04/01/04 ----------
     IN»19:21 NOW»21:56 SRVR»MICHAEL  POS#ALL
     CHK#10193  TBL#20              CUST»003

     QTY:        ITEM               PRICE
      2    Grande                   11.00
           -House,Strawberry.
      1    Dinner THREE             11.95
           -Spinach Ench,
           -Grnd Bf Tostada,Relleno.
                     SUBTOTAL:      22.95

       AMOUNT DUE: 22.95

            Please Pay Server
```

| Reporting Officer: Bell | DSN 1373 | Date Written 4-1-04 | Typed By: | D e Typed: | Page 02 |
|---|---|---|---|---|---|

51-013 (Rev. 4/91)

27145