# Walk-Out Form
# Exhibit D

## WALK-OUT INFORMATION

Employee Name: Mike Wise                                    Date: 4/1/04

This form is to be used in the event a walk-out occurs. DO NOT submit payment with this form. Please be advised that if a walk-out form is utilized, La Mex will pay for it. After an employee has had two walk-outs, disciplinary action may be taken, including termination.

Time: 18:24        Date: 4/1/04        Amount: $44.05

$ _____

How many in the party?: Male: 5    Female: 5

Give a detailed description of the person(s) involved in the walk-out; (height, weight, hair & eye color, clothing, etc.)
bland older lady - attny at law - did not want to pay in full, said for special prices at O.T. location applied here. Mike told her D.T. only, they agreed to stay.

Approximate age(s) of each person in party: 24-62

Where were they sitting? Dining Room    Lounge    Table# 18-19

Had they received any food? Yes    If yes, what? Fajita taco - 1 Queen & Taco Salad

Had you already presented them with the ticket? yes
Had you just taken drinks to the table? yes
What portion of the meal/drinks had they consumed? all of it
What were you doing when the walk-out occurred? (Please be specific)
no walk-out called APD -

How many tables were seated in your station when the walk-out occurred? 2
Was the manager informed immediately of the walk-out? yes
Any comments overheard or actions observed that would lead you to suspect that this table was a potential walk-out (one person leaves, the other goes to the bathroom, etc.)? _____ If yes, did you ask anyone to assist you in watching the table? _____

page two

Give detailed information surrounding the problem (use the reverse side if you need additional space)

_____

What measures did you take to prevent the walk-out? (This must be answered)
asked for payment - in full

EMPLOYEE SIGNATURE _____
DATE 4/1/04
(PORTION BELOW IS TO BE COMPLETED BY THE MANAGER ON DUTY THE NIGHT/DAY THE WALK-OUT OC-
CURRED.)

Manager's Notes:
called APD - arrested - gave a chk -
hopefully it will clear -

APD telephoned immediately? yes    Case number 04-1531)
                                               Off. Bell -
MANAGER'S SIGNATURE R. Y. aulee p
DATE 4/01/04.