# Affidavit of Renee Abelcop
# Exhibit E

**AFFIDAVIT OF RENEE ABELCOP**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )
AT ANCHORAGE

      I, RENEE ABELCOP, being first duly sworn, depose and state as follows:

      1.   I was employed by La Mexicana, Inc. as manager of the Spenard Restaurant location on April 1, 2004.

      2.   I did not conceive, design, draft, or in any way prepare the advertisements of the special price discounts, which took place at La Mex's downtown location on April 1, 2004.

      3.   On the evening of the April 1, 2004, I was working as the manager of La Mex's Restaurant at Spenard; and my official employer was La Mexicana, Inc. – La Mex, Inc.

      4.   When Ms. Minor and her guests arrived, they were provided with menus, a copy of which is attached. (Ex. 1.)

      5.   According to their server, Mike Wilson, Ms. Minor inquired about a special discount, and Mr. Wilson told Ms. Minor that the special only applied to the downtown

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

location, and Ms. Minor ordered the services identified in the menus provided.

6.  When Ms. Minor was provided with the $171 bill, Ms. Minor refused to pay the bill in full, except for $127. Ms. Minor indicated to me that she had the ability to pay the remaining $44 balance of the bill, but, out of principle, she refused to pay it, because she believed that the special was advertised for the Spenard location.

7.  I indicated to Ms. Minor that if she did not pay the bill in full, we would have to call the police.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Renee Y Abelcop*
RENEE ABELCOP

SUBSCRIBED and SWORN TO before me this 25th day of September, 2006.

*Charlene Esary*
Notary Public in and for
My Commission Expires: 4/15/09

108\534\Pld\Affidavit of Abelcop

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Exhibit 1 to
Affidavit of Renee Abelcop

# Everything Chips

## Chip n' Dip
Corn tortilla chips covered with cheddar cheese and served with our fresh guacamole. 9.00   smaller portion 6.50

## Nachos
Corn tortilla chips covered with cheddar cheese and topped with jalapeños. 6.75  with beef or chicken 8.50
smaller portion 5.00  with beef or chicken 6.50

## Nacho Supreme   (The Ultimate Nacho)
Corn tortilla chips covered with beef and beans, enchilada gravy, cheddar cheese and topped with pico de gallo, black olives, jalapeños and sour cream. 11.50
smaller portion 8.05

## Fiesta Nachos
Corn tortilla chips covered with beef, beans, cheese sauce and topped with pico de gallo, black olives, jalapeños and sour cream. 8.25

## Tostaditos™
A La Mex Original! Corn tortilla chips covered with beans, cheddar cheese and topped with lettuce, house dressing, more cheese and jalapeños. 9.50
with beef or chicken. 11.25
smaller portion 7.25
with beef or chicken  8.75

# Quesos

## Chicken Queso-Fundido
Jack cheese melted with fresh mushrooms, onions, tomatoes and marinated chicken breast, served with our own fresh flour tortillas. 8.75
Veggie Style without the chicken  6.25

## Queso-Queso
A spicy cheese sauce for your chippin'-dippin' fun! 5.00

## Bean Dip
Seasoned refried beans covered with monterey jack cheese and broiled to golden perfection. mild or spicy  5.50

## Quesadilla
Grilled flour tortilla filled with cheddar cheese, onions and black pepper. 7.00  with beef or chicken. 8.75

## Veggie-Style Quesadilla
Grilled flour tortilla filled with cheddar and jack cheese, zucchini, broccoli, fresh mushrooms, tomatoes and onions. 8.75

## Spinach Con Queso
Pepperjack cheese, spinach, tomatoes, onions and spices all melted together. It is sooo yummy! 6.25

*Welcome to La Mex the original Home of the Grande!* La Mex is locally owned by the Johnson family who have been serving Alaskans the very best in Mexican Cuisine since 1969. *Enjoy!*

## Tiny Tacos
Eight miniature tacos filled with ground beef and cheese sauce. Served with sour cream and our fresh guacamole. 8.00

## Tiny Taquitos
Six miniature corn tortillas filled with shredded beef or chicken, rolled, then lightly deep-fried. Served with sour cream and our fresh guacamole.  8.25

## Fajita-Dilla™
Grilled flour tortilla filled with jack and cheddar cheese, fresh mushrooms, zucchini, broccoli, onions, tomatoes, and marinated chicken breast. Brushed with a parmesan garlic butter and served with sour cream or jalapeño cream cheese. It's outrageous! 12.75

## Mexican Pizza
Crisp flour tortilla topped with beef, beans, cheddar and jack cheese, fresh mushrooms, black olives, pico de gallo and sour cream. 8.00

## Flautas
Two flour tortillas filled with shredded beef or chicken, rolled, then lightly deep fried. Served with pico de gallo, sour cream and our fresh guacamole 7.75

## Pepper Poppers
Seedless jalapeño peppers filled with cream cheese, lightly breaded and deep fried. Served with Ranch dip. 6.25

## Nacho Skins
The skin of the spud covered with melted cheddar cheese and jalapeños. 7.00

## Cheese Sticks
Served with marinara sauce  7.00

## La Mex Wings
Mex it up with our spicy chicken wings. Served with bleu cheese and celery sticks. 7.50

## Chicken Strips
With barbecue or honey mustard dip. 7.00

## Botana Sampler
A big sampling of some of our favorite munchitos: Bean nachos, quesadillas, tiny tacos, tiny taquitos, pico de gallo, sour cream and our fresh guacamole. 12.50

**5.00 minimum charge per customer.**

# Burritos

Burrito Dinners come with Rice & Beans. Also available ala carte, without the Rice & Beans.
Add a garnish of our Fresh Guacamole 2.60   Sour Cream 1.75   Jalapeño Cream Cheese 1.75

## Burrito Dinner
Ground or shredded beef and beans in a large flour tortilla topped with our spicy beef gravy. Dinner 9.50   Ala Carte 7.25

## Chili Verde Burrito
Flour tortilla filled with our lean diced pork in a spicy green chili sauce. Dinner 12.50   Ala Carte 10.25

## Burrito Ranchero
Large flour tortilla filled with seasoned shredded beef and beans, covered with our tomato-based Spanish sauce, melted jack cheese and a sour cream garnish. Dinner 11.50   Ala Carte 9.20

## La Mex Burrito Deluxe
**Our most popular burrito!** Flour tortilla filled with seasoned ground beef and beans and topped with our famous cheese sauce, lettuce and house dressing. Served with freshly chopped onions. Dinner 11.80   Ala Carte 9.50

## Baby Burrito Deluxe
Same great stuff just smaller. Dinner 9.20   Ala Carte 8.05

## House Specialty-
# Sizzling Fajitas

Marinated strips of STEAK or tender CHICKEN breast sautéed with bell peppers, onions and spices, topped with cherry tomatoes. Served sizzling at your table with beans, rice, pico de gallo, sour cream, our fresh guacamole and flour tortillas. 14.95

**Shrimp Fajitas** 16.25
**Veggie Fajitas** 12.50
**Combo Fajitas** (Beef & chicken) 14.95

For the wild not the mild, ask your server about our Cajun Fajitas.

### Fajita Supreme
The same great fajita with a whole lot more. Your choice of steak OR tender chicken breast sauteed with mushrooms, broccoli, zucchini, bell peppers, onions and spices topped with cherry tomatoes. Delicioso! 15.70

### La Mex Fajitacos™
The same great taste without the sizzling pan! Served on a plate with your choice of STEAK or CHICKEN 14.50

OR

try our "POCO" Fajitaco.
A smaller version for a smaller appetite 9.95

# Soup & Salad

Add a garnish of our fresh guacamole 2.60, Sour Cream 1.75 Jalapeño Cream Cheese 1.75

## Tortilla Soup
La Mex's wonderful chicken soup. Chicken, onions, tomatoes, bell peppers and spices in our chicken broth with jack cheese melted on top. Served with crisp tortilla strips 6.35
Add fresh sliced avocado  8.95

## Salad A La Mex™
A flour shell filled with lettuce, tomatoes, avocado slices and topped with marinated chicken breast. Your choice of dressings. 9.25   Veggie style 6.75

## Queen Tostada
A flour shell layered with beans, ground beef, cheese sauce, onions, lettuce, tomatoes, house dressing and sour cream. 10.35

## Caesar Salad
Fresh Romaine with Caesar dressing, homemade croutons, topped with fresh parmesan. 5.75   With marinated chicken breast 8.20
With fresh sauteed halibut 8.20

## Taco Salad
A flour shell filled with lettuce and house dressing topped with ground beef or chicken, cheese, cherry tomatoes, and sour cream. 8.05

**Depending on the size of the order you may be charged for additional chips and salsa.**

# Magnifico Dinners

Dinners come with Rice & Beans.
Add garnish of our fresh guacamole 2.60   Sour Cream 1.75   Jalapeño Cream Cheese 1.75

## Carne Asada
A thin slice of tender flank steak, grilled over an open flame, served with homemade tortillas and La Mex's famous guacamole, sour cream and pico de gallo. 13.50   Ala Carte 11.30

## Pollo Fundido
Large flour tortilla with seasoned chicken, lightly deep-fried, topped with jalapeño cream cheese and melted cheddar cheese. It's Incr-Edible! 10.95

## La Mexicana Steak™
Choice New York Steak cut into strips then marinated, sautéed with green bell peppers, onions and spices in a red sauce topped with cherry tomatoes and served with our fresh flour tortillas. 15.50

## Chili Verde
Lean diced pork sautéed in spicy green chili gravy served with our fresh flour tortillas. 12.50   Ala Carte bowl 9.95

## Tacos al Carbon
Our fresh flour tortillas, covered with strips of flame broiled marinated steak garnished with pico de gallo, sour cream, fresh guacamole, served with rice and beans 13.50   Ala Carte 11.30

## Pollo Monterey
Marinated chicken breast seasoned with smoked red chili pesto, topped with sliced avocado, tomato and melted jack cheese served with Charro Beans & Rice 11.50

## Arroz con Pollo
Tender strips of chicken breast sautéed in a tomato and wine sauce with fresh mushrooms and spices. Served on a bed of Mexican rice, topped with jack cheese and cherry tomatoes with our fresh flour tortillas. 11.50 (beans are extra)

## Tacos con Pescado
Lightly seasoned Fresh Alaskan Halibut in our own fresh flour tortillas garnished with pico de gallo, sour cream and coleslaw with rice and beans  13.50   Ala Carte 11.30

## Carnitas
Crispy golden tender pieces of pork with a hint of oranges served with rice and beans, guacamole and fresh tortillas  11.50

# Combinaciones

Served with Rice & Beans   Add a garnish of our fresh guacamole 2.60
Sour Cream 1.75   Jalapeño Cream Cheese 1.75
**one item 8.50   two items 9.75   three items 11.95**

## Luncheon Special
Offered until 4 p.m. Monday through Saturday only. Choose one item from below for 6.95 or two items for 7.95

### Taco   Beef or Chicken
### Tamale
Pork or Chicken. Made fresh daily in our kitchens.

### Envuelto Verde
Corn tortilla filled with seasoned chicken, covered with green chili sauce and sprinkled with jack cheese and a sour cream garnish.

### Spinach Enchilada
Spinach, jack cheese, tomatoes, spices and onions rolled in our flour tortilla, topped with green chili sauce.

### Jack Enchilada
Jack cheese with onions, topped with green chili sauce.

### Cheese Enchilada
Cheddar cheese with onions and our red chili sauce.

### Beef Enchilada
Ground or shredded beef topped with our red chili sauce.

### Chicken Enchilada
Seasoned shredded chicken topped with our tomato-based Spanish sauce.

### Taquito
Soft corn tortilla with beef or chicken, topped with lettuce, house dressing and a sour cream garnish.

### Chili Relleno
Sometimes spicy, Sometimes not. It all depends on the chili crop!

### Small Tostada
A corn shell with beef or chicken and beans topped with cheese sauce lettuce and house dressing.

# Ala Carte



Choose any combination from below
**choice of one 5.25
choice of two 6.25
choice of three 8.75**

**Taco** Beef or Chicken
**Tamale** Pork or Chicken
**Envuelto Verde**
**Spinach Enchilada**
**Jack Enchilada**
**Cheese Enchilada**
**Beef Enchilada**
**Chicken Enchilada**
**Soft Taquito** Beef or Chicken
**Chili Relleno**
**Small Tostada**
**"Poco" Chimichanga**

## "Poco" Chimichanga
(served with a sour cream garnish)
Shredded Beef
Chicken
Shredded Beef & Bean
Veggie-Style

**5.00 minimum charge per customer.**

# Burgers & Sandwiches
## La Mex Style! Served with your choice of fries or rice & beans.

**Hamburger** 7.25

**Cheeseburger** 7.75

**Grilled Chicken Sandwich** 8.00
Served with lettuce, tomato and mayonnaise.

**French Dip Sandwich** when available 9.50

**Pollo Monterey Sandwich**
Marinated chicken breast seasoned with smoked red chili pesto, topped with sliced avocado, tomato and melted monterey jack cheese on a toasted bun. 8.95

**Attention!** We cook our hamburgers WELL DONE unless you tell us differently.

# Kids Meals

For kids 10 and younger. Kids meals come with fries OR rice and beans and a small soda, no refills. Kids meals are not made to-go and an adult meal must be purchased to qualify.

**Chicken Strips** three yummy chicken strips with French fries! 4.95

**Kids Quesadilla** flour tortilla filled & grilled with cheddar cheese. 4.95
For a dollar more get beef or chicken inside.

**Burrito** you choose the filling and tell us what sauce you want on top or else it will come dry! 4.95

**Grilled Cheese Sandwich** thick slices of bread & Tillamook cheddar! 4.95

**Poco Platter** choose a taco or an enchilada.
Kids tacos WILL NOT come with lettuce unless you ask for it. 4.95

## Desserts

- **La Mex Flan**
  We make our flan fresh daily. This creamy custard is truly a classic. 4.25

- **Deep Fried Ice Cream**
  Dreyers Ice Cream rolled in our "secret" mix then lightly deep fried and drizzled with chocolate. Sooo good! 5.00

- **Ice Cream** 3.50

  **Dreyers Mud Pie**  ✓
  There's nothing "dirty" about this delectable dessert (except maybe the calories). Share it with a friend! 5.00

  
  ~~Ice Cream Nachos~~
  Crisp cinnamon-sugar tortilla chips with rich vanilla ice cream, drizzled with chocolate and carmel sauces and surrounded with maraschino cherries and whipped cream. 5.50

  **Sopapillas** ✓
  Our version of these tasty puffed pastry tortillas fried until golden. Covered with honey and dusted with cinnamon and sugar. 4.75   Add a scoop of vanilla ice cream for 1.50

  **Xangos** (pronounced Changos)
  Creamy banana cheesecake wrapped in a pastry tortilla, and deep fried until golden then dusted with cinnamon and sugar. 4.75   Add a scoop of vanilla ice cream for 1.50

  **Cheese Cake** ✓
  Ask your server for selection 4.00

## Beverages

**Sodas**
sm. 1.25   lg. 1.95

**Milk** 1.50   **Ice Tea** 1.50

**Coffee or Hot Tea** 1.50

**Juices** 1.50
Orange, cranberry, apple, pineapple grapefruit and tomato.

We have a large selection of other non-alcoholic beverages.
Ask your server.


Take Some La Mex Goodness Home With You!

**La Mex Chips**
We make them fresh daily in our chip factory. We use no preservatives. Bag 4.30

**La Mex Salsas**
Hot & mild salsas we make daily from scratch. They are addictive! 16oz 3.25

**Chips & Salsa Combo Deal**
It's a taste that was meant to be together.
A bag of chips and a pint of salsa 6.00

---

Try our Prime Rib & Baby-Back Ribs - at our downtown location at 900 W 6th Ave. or our BBQ Baby-Back Ribs at our Dimond location at 8330 King St.

To-Go Orders Do Not Include Chips and Salsa.

Prices may vary on orders to-go. We reserve the right to refuse service to anyone. We are not responsible for lost or stolen articles. Personal pre-printed checks are accepted only when accompanied by a drivers license. Out-of-state & company checks not accepted. Service charge on all returned checks 4-03