# Police Report
# Exhibit F

## MUNICIPALITY OF ANCHORAGE
### Anchorage Police Department
### ARREST REPORT

| Reporting Officer / Complainant | | UCR Code | Class |
|---|---|---|---|
| Cross Ref Case # | | Case Number | 04-15311 |

**Type of Incident:** Theft of Services
**Add'l Arrests:** NO
**Resist Arrest:** NO
**Involved:** Alc
☒ Original Report  ☐ Supplemental Report

**Location of Incident:** 2552 Spenard Rd.
**Area:** 22
**Date Incident:** 4-1-04
**Time Incident:** 2102
**Day Incident:** Thur

**Location of Arrest:** Same
**Area:** 22
**Date Arrest:** 4-1-04
**Time Arrest:** —
**Day Arrest:** Thur

**ADULT ARREST:** OR (3rd Party)
**JUVENILE ARREST:** —

**Name of Arrestee (Last, First, Middle):** Minor, Michelle V
**A.K.A./Maiden Name:** —

**DOB:** 12-30-48
**SSN:** [redacted]
**OL #, State:** 0411301 /
**Race:** W
**Sex:** F
**Hgt:** 5'7
**Wt:** 120
**Hair:** Brn
**Eyes:** Blu

**ATN:** 108322 05z
**Booking Number:** —

| Charge | Statute/Ordinance | ORI | Warrant # | Bail/Cite # |
|---|---|---|---|---|
| Theft of Services (MC) | 8.15.040 | APD | | O.R. |

**Committing Officer's Signature:** Blanton 2744
**Total Bail:** O.R.

**Arrestee's Residence Address:** [redacted]
**Home Phone:** [redacted]
**Mailing Address:** [redacted]

**Work Address:** Self employed
**Occupation:** Attorney
**Taped?:** Y

**Clothing Description:** Dress, Fur type coat.

**VEH:** N/A

### Synopsis
On 4-1-04 Michelle Minor had dinner at Spenard La Mex Restaurant totalling $171.40. Minor and friends consumed the food and drink and refused to pay claiming false advertising based on an ad saying meals were 1969 prices for 35th anniversary which was only honored at the downtown La Mex. Minor refused to pay and was arrested. Bail was set by magistrate. O.R.

**Right Index Finger Print:** Refused

**Officer:** Blanton   **DSN:** 2744
**Page** 1 of 1

51-124 (Rev. 8/92)

27145

# Anchorage Police Department
# POLICE REPORT

Original

Report Number: 04-15311

| | |
|---|---|
| Type of Case: Theft | Date and Time of Incident: 4-1-2004 / 2156 — Day of Week: Thursday |
| Location of Incident: 2552 Spenard Rd. | Area: W — Date and Time of Report: 4-1-2004 / 2156 |
| Type and Extent of Injury: none | Business Name: LaMex |
| What Tool/Weapon/Substance Used? | Total Value Stolen/Recovered: $171.40 |

**Person 1 — Code C/V**
- Name: Ablecop, Renee
- DOB: 1-7-1960
- OL#: 5069040
- Race: W  Sex: F  Age: 44
- Physical Address: 3009 W. 33rd #4
- Mailing Address: same
- Work Name and Address: LaMex
- Work Telephone: 274-7511
- Interviewed By: Bell
- Taped? ☒ N

**Person 2 — Code M**
- Name: Rasmussen, Robert
- DOB: 8-13-1945
- OL#: 0458676
- Race: W  Sex: M  Hgt: 70  Wt: 240  Hair: GRY  Eyes: BLU
- Age: 59
- Physical Address: 4960 DeArmon Rd. #16
- Home Telephone: 348-0438
- Mailing Address: same

### Narrative or Synopsis

On 4-1-2004 at about 2156 hrs. I responded to 2552 Spenard Rd., they had called regarding a theft of services, a customer was refusing to pay there bill. I arrived and contacted ABLECOP the manager, she told me that MINOR was refusing to pay her bill in it's entirety because she wanted special prices that had been advertised for the 5th Ave. location to be applied at this location. MINOR was only offering to pay a reduced amount for the food she ordered. I explained to MINOR that she would have to pay the amount due based on the menu she ordered from (full price), I told her if she felt that there was a false advertisement she would have to get a lawyer and sue LaMex, she said "I am a lawyer, and I'm not paying", you'll have to take me to jail. I called Sgt. LeBlanc who responded, he tried to explain the same thing to MINOR who said she wouldn't pay, she was arrested for theft. MINOR was O.R.'d by the magistrate.

| Officer | DSN | Date | Supervisor DSN | Follow-Up | Case Status |
|---|---|---|---|---|---|
| Bell | 1373 | 4/1/2004 | | X None / Officer / Detective | Pend / Susp / Closed X |

| Continuation X | Supplemental | | **MUNICIPALITY OF ANCHORAGE** ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-15311 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 4-1-2004 |
| TYPE OF INCIDENT Theft | | | LOCATION OCCURRED 2552 Spenard Rd. | COMPLAINANT OR VICTIM Ablecop |

**DISPATCH**
On 4-1-2004 at about 2156 hrs. I was dispatched to 2552 Spenard Rd., the LaMex. I was told that there was a large party that was refusing to pay their bill.

**ARRIVAL**
When I arrived I contacted ABLECOP the restaurant manager. Standing at the cash register was MINOR, RASMUSSEN, GRUNER and LOYD.

**INTERVIEW W/ABLECOP**
ABLECOP pulled me to the side when I first arrived. ABLECOP said that MINOR and about 5-6 others had eaten at her restaurant. ABLECOP said that when presented with the bill MINOR argued that they (LaMex) had advertised 1969 prices for today. ABLECOP told me that the 5th Ave. store had brought back the 1969 menu for today as a 35th Anniversary celebration. ABLECOP says that the advertisement was for the downtown store only, and MINOR's group was told that before they ordered. ABLECOP said that the server came to her and said that MINOR was refusing to pay the full amount of the bill. ABLECOP said that she tried to reasonably accommodate MINOR and offered to take 10% off the bill or to sell MINOR the items on her check that would have been included in the downtown restaurants special, only two of MINORs items were even on the 1969 menu. ABLECOP said that when she told MINOR that only two of the items on her check would ever get the discount one of the males in the group suggested that inflation had been about 35% since 1969 and everything else should be discounted by 35%. ABLECOP said she was only offering this to MINOR because she didn't want to have a "big scene". ABLECOP said that MINOR then did "her own calculating and came up with this number", ABLECOP showed me the check for $127.35. ABLECOP said she called her boss her told her not to except partial payment. ABLECOP then called APD.

**INTERVIEW W/MINOR**
I asked MINOR what the problem. MINOR told me that LaMex had advertised in the paper that today all prices would be as they were in 1969. MINOR said she was offering to pay that amount. MINOR said that the advertisement didn't specifically say the discount would only be good at the downtown restaurant. MINOR offered to let me see the advertisement. I asked MINOR "what menu did you order from?", their menu, she said. I said, what was the price of the items on that menu, MINOR said "full price". I said "then that's what you have to pay". I told MINOR if you think that LaMex has falsely advertised then you should hire a lawyer and sue them for the difference, but you have to pay the price in their menu. MINOR said " I am a lawyer, I'm not paying that price and I guess you'll have to take me to jail". I said to MINOR would you like me to get you a supervisor, she responded, "yes I would".

**OBSERVATION**
I smelled a moderate odor of alcohol coming from MINOR.

27145

| Reporting Officer Bell | DSN 1373 | Date Written 4/1/2004 | **ORIGINAL REPORT** | PAGE 1 |
|---|---|---|---|---|

| Continuation X | Supplemental | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-15311 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 4-1-2004 |
| TYPE OF INCIDENT Theft | | LOCATION OCCURRED 2552 Spenard Rd. | | COMPLAINANT OR VICTIM Ablecop |

### INTERVIEW W/ WILSON

WILSON was the server who waited on MINOR's table. WILSON said that he brought MINOR and her group menu's, they ordered a round of drinks. WILSON said that MINOR asked "where's the 1969 menu, WILSON said he told MINOR that that menu and special was only at the 5th Ave. location. WILSON said that MINOR looked at a male in the group and said " you must have made a mistake". MINOR then said "oh well we'll eat here anyway". WILSON said that he took the groups orders and served them the food they ordered. WILSON said that when he brought MINOR the check she told him she would only pay the 1969 price's. WILSON said he went and got his manager, ABLECOP. I asked WILSON how much alcohol he had served MINOR and he told me "two Grande's on the rocks".

### ACTION

Sgt. LeBlanc also explained to MINOR that she had to pay the full amount for the food she order, she refused and told LeBlanc to arrest her, he did. Ofc. Blanton then attempted to cite and release MINOR but she refused give a finger print. MINOR was taken before magistrate Comfort who released MINOR O.R.

### CASE STATUS
Closed

| Reporting Officer Bell | DSN 1373 | Date Written 4/1/2004 | ORIGINAL REPORT | PAGE 2 |
|---|---|---|---|---|

| Continuation ☒ | Supp. ☐ | | MUNICIPALITY OF ANCHORAGE | ORIGINAL |
|---|---|---|---|---|
| CROSS REF. CASE # | | | ANCHORAGE POLICE DEPARTMENT<br>ADDITIONAL NAME REPORT | CASE NUMBERS<br>04-15311 |
| | | | | DATE OCCURRED<br>4-1-2004 |

| TYPE OF INCIDENT | LOCATION OCCURED | COMPLAINANT OR VICTIM |
|---|---|---|
| Theft | 2552 Spenard Rd. | Ablecop |

| CODE | NAME (LAST, FIRST, MIDDLE) | | | | | | | | AKA / MAIDEN NAME | |
|---|---|---|---|---|---|---|---|---|---|---|
| M | Loyd   Amy | | | | | | | | | |
| D.O.B.<br>5-15-1975 | RACE<br>W | SEX<br>F | AGE | HT | WT | HAIR | EYES | S.S.N. | O.L. / STATE<br>7041759 | |
| RESIDENCE ADDRESS<br>1344 W. 25th # A | | | | | HM PHONE<br>277-2566 | | | MAILING ADDRESS | | |
| WORK ADDRESS | | | | | WORK PHONE | | OCCUPATION | INTERVIEW BY | TAPED ☐Y ☐N | |
| SUSPECTED OF | | | | | | | | | RESIST ☐Y | |
| CLOTHING DESCRIPTION | | | | | | | | | | |

| CODE | NAME (LAST, FIRST, MIDDLE) | | | | | | | | AKA / MAIDEN NAME | |
|---|---|---|---|---|---|---|---|---|---|---|
| M | Gruner   Max | | | | | | | | | |
| D.O.B.<br>11-20-1972 | RACE<br>W | SEX<br>M | AGE | HT | WT | HAIR | EYES | S.S.N. | O.L. / STATE<br>7011543 | |
| RESIDENCE ADDRESS<br>1344 W. 25th # A | | | | | HM PHONE<br>277-2566 | | | MAILING ADDRESS | | |
| WORK ADDRESS | | | | | WORK PHONE | | OCCUPATION | INTERVIEW BY | TAPED ☐Y ☐N | |
| SUSPECTED OF | | | | | | | | | RESIST ☐Y ☐N | |
| CLOTHING DESCRIPTION | | | | | | | | | | |

| CODE | NAME (LAST, FIRST, MIDDLE) | | | | | | | | AKA / MAIDEN NAME | |
|---|---|---|---|---|---|---|---|---|---|---|
| W | Wilson   Michael | | | | | | | | | |
| D.O.B.<br>1-2-1979 | RACE<br>W | SEX<br>M | AGE | HT | WT | HAIR | EYES | S.S.N. | O.L. / STATE<br>7054428 | |
| RESIDENCE ADDRESS<br>1002 W. 30th #9 | | | | | HM PHONE<br>562-20-88 | | | MAILING ADDRESS | | |
| WORK ADDRESS | | | | | WORK PHONE | | OCCUPATION | INTERVIEW BY<br>Bell | TAPED ☐Y ☐N | |
| SUSPECTED OF | | | | | | | | | RESIST ☐Y ☐N | |
| CLOTHING DESCRIPTION | | | | | | | | | | |

VEHICLE
| | YEAR | MAKE | MODEL | BODY STYLE | COLOR(S) | LICENSE / STATE |
|---|---|---|---|---|---|---|
| ☐ Stolen<br>☐ Recovered<br>☐ Suspect<br>☐ Victim<br>☐ Other | VIN<br>REASON FOR IMPOUND | | | IMPOUND ☐Y ☐N<br>ADDITIONAL IDENTIFIERS | STORAGE LOCATION | LOCATION OF KEYS |

VEHICLE
| | YEAR | MAKE | MODEL | BODY STYLE | COLOR(S) | LICENSE / STATE |
|---|---|---|---|---|---|---|
| ☐ Stolen<br>☐ Recovered<br>☐ Suspect<br>☐ Victim<br>☐ Other | VIN<br>REASON FOR IMPOUND | | | IMPOUND ☐Y ☐N<br>ADDITIONAL IDENTIFIERS | STORAGE LOCATION | LOCATION OF KEYS |

| REPORTING OFFICER<br>Bell | DSN<br>1373 | DATE WRITTEN<br>4/1/2004 | TYPED BY<br>Bell | DATE<br>4/1/2004 | PAGE   OF |
|---|---|---|---|---|---|

| Continuation | Supplemental X | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 04-15311 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 4-1-2004 |
| TYPE OF INCIDENT Theft | LOCATION OCCURRED La Mex Spenard | | | COMPLAINANT OR VICTIM |

INFORMATION:

On 4-1-04, Ofc Bell requested a supervisor to LaMex Spenard for a call he was on. Upon my arrival he briefed me about the call which was a theft of services. Suspect Michelle Minor had been with a large group and after eating and drinking was refusing to pay the full bill. She claimed that she had an ad that said they prices would be those used from 1969. MINOR had told Ofc Bell that they ordered from a menu that had a full price listed, and Ofc Bell had learned from the staff that they had discussed this with the group and explained that the special was at the down town La Mex only.

It appeared that MINOR had been using her occupation as an attorney to try an influence the staff and continued to verbalize that she was a Lawyer when police were on scene.

Upon my contact with MINOR she explained her point of view concerning the bill and was advised that she was obligated to pay but if she felt she was overcharged she should write the owner of file a civil suit. She was told that she would be arrested for theft of services if she did not pay. MINOR replied saying " well" and held one arm out. I told her to turn around and put her hands behind her back and that she was under arrest. MINOR just stood there so I told her again several more times. I put my hand on her left arm which she had held out and she started to tense up. Using soft empty hand control techniques I turned MINOR around with her one arm behind her back. I commanded her to put her other arm behind her back but she did not comply. I warned her that she would have an additional charge of resisting if she did not comply. Ofc Blanton secure the arm behind MINOR's back while I grabbed her left arm and brought it behind her back as well. Minor was handcuffed and taken outside to the police car. Ofc Bell gathered witness and complainant info while Ofc Blanton processed the arrest.

Based on her criminal history and the type of crime, I authorized Ofc Blanton to cite and release MINOR. After he had completed all the paperwork, and was getting ready to release MINOR, she refused to provide and index finger print for the arrest report. MINOR was given the option of providing the print or she would be taken before the magistrate. MINOR hesitated and wanted to think about it so the decision was made to take her before the magistrate. Magistrate Comfort released MINOR OR, initially ordering that she provide a finger print and then vacillated on that order saying that if she had a valid ID that would be sufficient. I retrieved MINOR's purse from Ofc Blanton's car and searched it ( despite protest from Minor ) and located her Alaska Drivers license. After Ofc Blanton confirmed the information she had provided matched the OL, MINOR was released.

Based on her inappropriate behavior in my presence and information from other officers it appeared that MINOR was was trying to use her status as an Attorney to influence and intimidate the restaurant staff into accepting the partial payment. The restaurant staff intended on cashing the partial payment but wanted to pursue the theft of the remainder of the bill.

CASE STATUS: ATTACH TO ORIGINAL

| Reporting Officer Sgt R LeBlanc | DSN 1402 | Date Written 4/2/2004 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |

# NARRATIVE FORM

Case No: 04-15311

Cross Ref:

Date Occurred: 4-01-2004

Type Crime: **Theft of Services**   Location: 2552 Spenard Rd

Suspect:

**DISPATCH:** On 4-1-2004, I was sent to the La Mex restaurant on Spenard reference a large party that was refusing to pay there bill. Officer J Bell responded also. Officer J. Bell arrived before me and shortly after requested a supervisor to respond saying the suspect was a Lawyer and requesting to speak to a supervisor.

**ARRIVAL:** I arrived and waited for Sgt. Leblanc to arrive. Officer J. Bell told me that La Mex was celebrating there 35th anniversary and offering items on the menu from 1969 at 1969 prices, he said it was only at the downtown restaurant not the Spenard one. The customers were refusing to pay there bill which was near 200.00.

**INFORMATION:** Sgt. Leblanc arrived and spoke with Michelle Minor who was sitting on the couch in the lobby area. Sgt. Leblanc asked if she would like to step into the outer entrance and she asked why, Sgt. Leblanc said so that we could talk, she said it was cold and she was not stepping out there and remained seated. Minor started talking to Sgt. Leblanc, I could not hear the entire conversation. I heard Sgt. Leblanc advise Minor that she could pay the bill then she could try and sue for the difference but she did need to pay the bill. I could not hear Minor's response.

I heard Sgt. Leblanc tell Minor to stand up and put her hands behind her back, she did stand but would not comply saying no I will not. She was handcuffed as she passively resisted and verbally protested, while she was being handcuffed Minor said "I can't believe I'm being arrested this is fucking ridiculous." The handcuffs were double locked and checked for fit. Sgt. Leblanc told Minor she was under arrest for Theft of Services.

**ACTION TAKEN:** I walked Minor out to my patrol car, I opened the back door and Minor told me she was not getting into my patrol car. I told her that she was under arrest and she was going to get in my patrol car. She told me to take the handcuffs off, I told her that they were staying on until the situation was resolved. I explained to her that if she cooperated most likely she would be released at the scene with a summons to appear in court, but if she continued to be uncooperative I would have to take to see the magistrate and they would decide what happened. Minor asked me to loosen the handcuff on her left hand because there was a metal plate in her wrist or arm, I did so and she got into the backseat without incident.

Sgt. Leblanc brought out Minor's purse, Minor started yelling at me saying you can't look in my purse and she was not giving me permission to look in her purse. I explained to her that I could search her purse incident to arrest, she continued yelling and telling me that I could not. I did not look in her

Name: R. Blanton DSN:27444   April 2, 2004

| ORIGINAL | INVESTIGATIONS | CLASSIFICATION | GOLDENROD |



# NARRATIVE FORM

Case No: C4-15311

Cross Ref:

Date Occurred: 4-01-2004

Type Crime: **Theft of Services**   Location: 2552 Spenard Rd   Suspect:

purse as she had already provided me with her name and date of birth. I kept the purse in the front seat not in back with her as she told me to do.

I completed the paperwork and explained to Minor what was going to happen, that I would get her out of the vehicle and she would need to sign the summons and complaint and I would need a finger print from her. Minor said she understood.

I hand Minor get out of the vehicle and took the handcuffs off. She refused to let me fingerprint her right index finger which is required on the Arrest Remand form. I placed her back into handcuffs and told her we were going to the magistrates office, she then said well okay I'll let you take the finger print. Sgt. Leblanc told her no she was going to the magistrates for a bail hearing.

I transported Minor for the bail hearing, she told me on the way that the newspaper add did not specify the downtown restaurant was the only one honoring the 1969 prices. She said they were going to pay what they thought they should pay and requested to speak to the owner but were told no.

BAIL HEARING: Officer J. Bell conducted the bail hearing, Minor was OR'd. The magistrate said she did not have to give a finger print if she had picture identification. Minor said it was in her purse but again said she would get the ID and did not want us to look in her purse. Sgt Leblanc opened her purse and quickly found Minor's ID, she was present as well as the magistrate. Identity was established and she was taken out of handcuffs. Minor was given paperwork by the magistrate and released on her own, she said she could get a ride home.

While at the bail hearing I noticed an odor of alcohol coming from Minor as she was sitting next to me.

CASE STATUS: Closed by arrest.

Name: R. Blanton DSN:27444    April 2, 2004                                        2

YOU MUST CALL 343-4250 THIRTY (30) DAYS AFTER RECEIPT OF SUBPOENA TO CHECK CASE STATUS

VRA Certificate Required

## IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE
### SUBPOENA TO APPEAR/PRODUCE

To: ROBERT A. RASMUSSEN
DOB: 08/13/1945
Home Phone: 348-0438 4906
Home Address: 4960 DEARMOUN RD # 16
ANCHORAGE, AK 99516

Other Info: APD# 04-15311
Work Phone:
Work Address:

YOU ARE COMMANDED to appear at the State Courthouse to testify in the case of:

Case Name: Municipality of Anchorage vs. MICHELLE V. MINOR, THEFT OF SERVICES
Case No. 3AN-M 04-0003149 CR on Date: Aug 10, 2004  Time: 08:30 A.M.
Court Address: Nesbett Courthouse, 825 W 4th Ave., Anchorage, Alaska

Call the Anchorage Municipal Prosecutor's office at 343-4250 between 2:00-5:00 p.m. (or 343-4331 after 5:00 p.m.) on the day before the trial date listed above to find out the time the trial will begin and the courtroom in which it is to be held. For all Traffic Cases, call between 4:00 - 5:00 pm for information regarding these trials.

If you fail to appear and testify as ordered, a warrant may be issued for your arrest. This subpoena shall remain in effect from the date you appear until you are granted leave to depart by the court or by an officer acting at the direction of the court.

☐ You are ordered to bring with you

You are entitled to witness fees from the Municipal Prosecutor and (if you live more than 30 miles from the court) travel and living expenses. You must contact the Municipal Prosecutor's office before you travel if you want to be paid travel expenses.

May 07, 2004
_____
Date

_Alyce Roberts_
Alyce Roberts, Clerk of Court

If you have any questions, please contact the following office (which requested the issuance of this subpoena):

Anchorage Municipal Prosecutor
632 W. 6th Avenue, Suite 210
Anchorage, AK 99501
Telephone: 343-4250

### RETURN

I served the above subpoena on Zachary Rasmussen (son) telephonic contact with Robert Rasmussen , the person to whom it is addressed, on 5-17-04 in Anchorage , Alaska.
                               (date)

_Signature_       _Title_       E. Bakken
                                Type or Print Name

04-005 A (Rev. 1_03)*
CR-340 ANCH MUNI(9/01)(st.3)
SUBPOENA TO APPEAR/PRODUCE

RETURN WHITE COPY TO MOA/CRIMINAL        YELLOW COPY TO PERSON ISSUED

Crim. R. 17
Admin. R. 7

04-13511



### Anchorage Police Department
## CERTIFICATE AND DECLARATION OF ARREST BY PRIVATE PERSON AND DELIVERY OF PERSON SO ARRESTED TO PEACE OFFICER

DATE: 4-1-04

TIME: 2145

PLACE: _____

I, Renee L. Ablecop, hereby declare and certify that I have arrested

NAME Michelle V. Minor

ADDRESS 1120 E. Huffman Rd.

for the following reasons theft of services, recieved 17/40 of food and drinks, did not want to pay in full

and I do hereby request and demand that you, Jeff Bell a peace officer, take and conduct this person whom I have arrested to the nearest Magistrate to be dealt with according to law; and, if no Magistrate can be contacted before tomorrow morning, then to conduct this person to jail for safekeeping until the required appearance can be arranged before such Magistrate, at which time I shall be present, and I will then and there sign, under oath, the appropriate complaint against this person for the offense which this person has committed, and for which I made this arrest; and I will then and there, or thereafter as soon as this criminal action or cause can be heard, testify under oath of and concerning the facts and circumstances involved herein.

Further, I declare and certify that I shall indemnify, save and hold harmless the Municipality of Anchorage and the peace officer identified above from any claim, lawsuits or liability, including attorney's fees and costs, arising out of said peace officer's actions pursuant to my request for assistance in making a private person arrest.

Private person making this arrest:

Name: Renee L. Ablecop

Address: 3009 W. 33rd #4 Anch. AK 99517

1-7-60

374 66 0918

Peace Officer Witnesses to This Statement:

Jeff Bell / 1373

506 9040

WK 274-7511

51-045 (Rev 11/70)

| ☒ Continuation Report ☐ Supplemental Report | MUNICIPALITY OF ANCHORAGE Anchorage Police Department NARRATIVE REPORT | *Case Number 04-15311 |
|---|---|---|
| Cross Ref Case # | | Date Occurred 4-1-04 |
| Type of Incident Theft | Location 3552 Spenard | Complainant or Victim |

```
          It's Fall Fiesta Time!
          Join us at our Spenard
          or Dimond locations for
          your Monday Night Football
          Fiesta Fun!  Watch the games
          on our big screen t.v.'s!!!!

               (REPRINT)
          ------- 04/01/04 -------
          IN»18:24 NOW»21:56 SRVR»MICHAEL  POS#ALL
          CHK#74384   TBL#18            CUST»010

          QTY:          ITEM              PRICE
           4     Grande                    20.00
                  -House,Rocks,NO.
           2     Grande                    10.00
                  -House,Rocks.
           1     Grande                     5.00
                  -House.
           2     Iced Tea- LG               3.00
           1     Grande                     6.75
                  -House,Midori.
           1     Ala Pescado               11.30
           1     #Tacos al Carb            13.60
           1     Child Ques                 4.95
                  -Fries.
           1     Child Ckn                  4.95
                  -Fries.
           1     Pollo Fundido             10.95
           1     Dinr RanchBurr            11.50
           1     CX Taco Salad              8.05
           1     Veg Fajita                12.50
           1     Queen                     10.35
                  -No Beef.
           1     Ala TWO                    6.25
                  -Chz Ench,Spinach Ench.
           1     VegPocoFajitac             9.40

                     SUBTOTAL:  148.45

          AMOUNT DUE: 148.45


                  Please Pay Server
```

```
          It's Fall Fiesta Time!
          Join us at our Spenard
          or Dimond locations for
          your Monday Night Football
          Fiesta Fun!  Watch the games
          on our big screen t.v.'s!!!!

               (REPRINT)
          ------- 04/01/04 -------
          IN»19:21 NOW»21:56 SRVR»MICHAEL  POS#ALL
          CHK#10193  TBL#20             CUST»003

          QTY:          ITEM              PRICE
           2     Grande                    11.00
                  -House,Strawberry.
           1     Dinner THREE              11.95
                  -Spinach Ench,
                  -Grnd Bf Tostada,Relleno.

                     SUBTOTAL:   22.95

          AMOUNT DUE: 22.95


                  Please Pay Server
```

| Reporting Officer: Tell | DSN 1373 | Date Written 4-1-04 | Typed By | Date Typed | Page 03 |
|---|---|---|---|---|---|

51-013 (Rev. 4/90)

27145

04-15311

```
                                          27466980    89-90/1292           7193
                                                     200000152
AR        MICHELLE V. MINOR
          1120 E. HUFFMAN RD. PMB 664
          ANCHORAGE, AK 99515                       DATE April 1, 2004

PAY TO THE
ORDER OF _____ La Rex _____  $ 127.35

_____ One Hundred Twenty-seven and 35/100 _____ DOLLARS

 Alaska First     C Street Office 001
 COMMUNITY        3201 C Street
 BANK & TRUST     Anchorage, Alaska 99503          [signature]

MEMO  payment in full c____                                         MP
:125200905:  2 0000 0152"  7193
```

04-15311

# 35th Anniversary Kick-Off Party!

Thursday,
April 1st
La Mex
Downtown

**Featuring:**
items from the
original menu at
original prices!

- Fun Prizes!
- Giveaways!
- Special 35th Anniversary T-Shirts!

**Live Music!**
Hector &
El Combo Latino
from 5-9 pm

La Mex
Downtown
900 W. 6th Ave
274-7678

Thank you, Linda Jo Hamm for 30 years of service. We want La Mex. Good luck in Las Vegas. We will miss you!

# DISTRICT COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT OF ANCHORAGE

ANCHORAGE
A MUNICIPAL CORPORATION

ATN# 108322056

POLICE CASE # 04-15311

PLAINTIFF,

Michelle V. Minor
1120 Huffman Rd.
DOB: 12-30-1948       OL: 0413011
SSN: 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
DEFENDANT(S)

CASE NO. # 04-3149

## COMPLAINT

___ Officer R. Blanton ___ DSN# 27444 ___, signing this complaint under penalty of perjury or personally appearing before the undersigned District Judge and being duly sworn, states that on or about the ___1___ day of ___April___, 20__04__, at or near ___La Mex Spenard___, Anchorage, Alaska, Third Judicial District, the defendant, did unlawfully commit the following offense(s):

**THEFT OF SERVICES- obtain services**

COUNT 1: THEFT OF SERVICES- obtain services
To Wit: Michelle V. Minor did intentionally obtain services valued at 171.40 which were known to him/her to be available only for compensation by deception, force, threat, or other means to avoid payment for the services, which is in violation of Anchorage Municipal Code 8.15.040.A.1
  This complaint is based on witness information provided by (RA )Manager. The services involved were food and drink, and were obtained from La Mex restaurant. The defendant felt there was false advertising and excessive bill for food and drink which was consumed and declined to pay for the services rendered.

I CERTIFY UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE

X _R. Bl___  Officer R. Blanton , APD
COMPLAINANT SIGNATURE & TITLE

DISTRICT JUDGE/MAGISTRATE

PAGE ___1___ OF ___1___

| D.A. File Number | | | Criminal Case Intake and Disposition ATN: 108322056 Print this number in the "State Usage" Block of the fingerprint card(s). | | | Court Number 04-3149 | |
|---|---|---|---|---|---|---|---|
| Defendant 1 of 1 | Page 1 of 1 | | | | | Citation Number | |

| Last Name MINOR | First Michelle | MI V | DOB 12-30-48 | Alias | | | SSN 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 |
|---|---|---|---|---|---|---|---|
| Driver's Lic. No. 0413011 | Date of Arrest/Citation 4-1-04 | | Victim Name | | | DOB | SSN |
| APSIN ID. No. | ☐ No Arrest/Citation | | Victim Residence | | | | |
| Referring Officer BLANTON 27444 | Date of Offense 4-1-04 | | Victim Mailing Address | | | | |
| Referring Agency APD | Place of Offense 2552 SPENARD | | Victim Phone | | | | |
| Report Number(s) 04-15311 | DOMESTIC VIOLENCE: ☐ YES ☒ NO | | Victim Contact Name/Phone | | | | |
| Case Received in DAO by (Print Name) | | Date | Case Screened by (Print Name) | | | Date | |

| | Charge 001 | Statute or Regulation | FM or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | Theft of Services | 8.15.040 | M | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | Charge 002 | Statute or Regulation | FM or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

| | Charge 003 | Statute or Regulation | FM or V | A B C or U | Disposition | Reason |
|---|---|---|---|---|---|---|
| Referred | | | | | | |
| Accepted | | | | | | |
| Convicted | | | | | ☐ Sentence Reversed/Remanded | ☐ Conviction Reversed/Remanded |
| Sentence | Prison Term/Amount Suspended | Fine/Amount Suspended | | | Probation Term | ☐ SIS |

Instructions and Comments (Include information on concurrent/consecutive sentences and whether prosecution is being deferred.):

| Sentencing Prosecutor (Print Name) | Evidence may be disposed of: YES ☐ NO ☐ | Sentencing Judge (Print Name) | Sentencing Date |
|---|---|---|---|

FM or V: Felony Misdemeanor or Violation    A B C or U: Class A B C or Unclassified (can be left blank for violation)
FORM NO. 03-102 (REV. 6/02)    CONFIDENTIAL: Compiled for Prosecutor and Law Enforcement Use Only.

2002