Affidavit of Trina Johnson
Exhibit G

**AFFIDAVIT OF TRINA M. JOHNSON**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )
AT ANCHORAGE

   I, TRINA M. JOHNSON, being first duly sworn, depose and state as follows:

   1. I am the president of La Mexicana, Inc. and La Mex, Inc.

   2. La Mexicana, Inc. engaged Vicki Evans as an independent contractor to conduct the advertisements for an April 1, 2004 special event with discounted prices at La Mex's downtown location.

   3. I did not review or approve the advertisements before they were published.

   4. I was not involved in the dispute with Michelle Minor on the evening of April 1, 2004.

   5. On that evening, Renee Abelcop did not call me, but instead called her supervisor, the general manager, Leslie Harvey.

   6. On the evening of April 1, 2004, I was at the La Mex's downtown location, helping to manage where we were extremely busy.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

7.  A true copy of the menu insert used at La Mex's downtown location on the evening of April 1, 2004, is attached to this affidavit as Exhibit 1.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
TRINA M. JOHNSON

SUBSCRIBED and SWORN TO before me this 26th day of September, 2006.

_____
Notary Public in and for State of Alaska
My Commission Expires: Oct. 1, 2007

108\534\Pld\Affidavit of Johnson

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF TRINA M. JOHNSON
Minor v. La Mex, Inc., etc., et al., U.S. District Court Case No. 3:06-cv-00101
PAGE 2

# Exhibit 1 to
# Affidavit of Trina Johnson



*April 1, 2004*
*One day only!*

### DINNERS

| | | |
|---|---|---:|
| No. 1 | 1 Cheese Enchilada, 1 Tamale, 1 Taco | 1.80 |
| No. 2 | 2 Chicken Enchiladas | 1.30 |
| No. 3 | 2 Beef Enchiladas | 1.30 |
| No. 4 | 2 Cheese Enchiladas | 1.20 |
| No. 5 | 2 Ground Beef Tacos | 1.00 |
| No. 6 | 1 Enchilada, 1 Taco | .90 |

All dinners served with beans and rice.

*From Our Original Menu*
*"La Mexicana"*
*April, 1969   Ray Johnson*

**NO SUBSTITUTIONS, PLEASE**
ONE DINNER PER PERSON  IN-HOUSE DINING ONLY
NO TAKE-OUT OR TO-GO ORDERS
VALID APRIL 1, 2004 AT LA MEX DOWNTOWN ONLY
OFFER GOOD UNTIL WE RUN OUT!