Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, | ) |
| INC., TRINA M. JOHNSON, RENEE | ) |
| ABELCOP, and MUNICIPALITY OF | ) |
| ANCHORAGE, | ) |
| | |
| Defendants | |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. 3:06-cv-00101

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties by and through their counsel hereby stipulate

to dismiss this action in its entirety with prejudice with

each party to bear its own attorney fees and costs.

DATED: 10-16-06

RICHMOND & QUINN
Attorneys for Defendants
LA MEX, INC., LA MEXICANA, INC.,
TRINA M. JOHNSON, and RENEE
ABELCOP

By: /s/ K. Gutsch
Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Alaska Bar No. 8811186

DATED: 10-16-06

MUNICIPALITY OF ANCHORAGE
Attorneys for Defendant
MUNICIPALITY OF ANCHORAGE

By: /s/ Mary B. Pinkel
Mary Pinkel
MUNICIPALITY OF ANCHORAGE
Division of Law
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519
Ph: (907) 343-4545
Fax: (907) 343-4550
Alaska Bar No. 8505030

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
Minor v. La Mex, etc., et al., CASE NO. 3:06-cv-00101
PAGE 2

DATED: *October 16, 2006*

KENNETH P. JACOBUS, ESQ.
Attorney for Plaintiff
MICHELLE MINOR

By: _____
Kenneth P. Jacobus
310 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 277-3333
Fax: (907) 264-6666
Alaska Bar No. 6911036

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR DISMISSAL WITH PREJUDICE
Minor v. La Mex, etc., et al., CASE NO. 3:06-cv-00101
PAGE 3