Kenneth M. Gutsch
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHELLE V. MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LA MEX, INC., LA MEXICANA, | ) |
| INC., TRINA M. JOHNSON, RENEE | ) |
| ABELCOP, and MUNICIPALITY OF | ) |
| ANCHORAGE, | ) |
| | |
| Defendants | |

State District Court Case No. 3AN-06-6602 CI
U.S. District Court Case No. 3:06-cv-00101

**<u>ORDER</u>**

COMES NOW, the court, and pursuant to the parties' stipulation, hereby dismisses this case with prejudice, with

each party to bear its own costs and fees.

_____
The Honorable Timothy Burgess
United States District Court Judge

ORDER
Minor v. La Mex, et al., CASE NO. 3:06-cv-00101
PAGE 2